BRETT J. WILLIAMSON (S.B. #145235)
bwilliamson@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California  92660-6429
Telephone:  (949) 760-9600
Facsimile:  (949) 823-6994

RYAN K. YAGURA (S.B. #197619)
ryagura@omm.com
VISION L. WINTER (S.B. #234172 )
vwinter@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone:  (213) 430-6000
Facsimile:  (213) 430-6407

Attorneys for Plaintiff Secured Mail Solutions, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| SECURED MAIL SOLUTIONS, LLC, | Case No.   **SACV12-01119 CJC (RNBx)** |
| Plaintiff, | **COMPLAINT FOR PATENT INFRINGEMENT** |
| v. | **JURY DEMAND** |
| R. R. DONNELLEY & SONS COMPANY, MICRODYNAMICS CORPORATION, AND MICRODYNAMICS, INC. | |
| Defendant. | |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Secured Mail Solutions, LLC files this complaint for patent infringement against Defendants R. R. Donnelley & Sons Company, Microdynamics Corporation, and Microdynamic, Inc.  Plaintiff Secured Mail Solutions LLC alleges:

**THE PARTIES**

1.     Secured Mail Solutions, LLC ("SMS") is a limited liability company duly organized under the laws of the state of Nevada, with its principal place of business at 9550 S. Eastern Ave., Suite 253, Las Vegas, NV 89123.

2.     SMS is informed and believes, and on that basis alleges, that Defendant R. R. Donnelley & Sons is a corporation duly organized and existing under the laws of the state of Delaware, with its principal place of business at 111 S. Wacker Drive, Chicago, IL 60606.

3.     SMS is informed and believes, and on that basis alleges that Defendant Microdynamics Corporation is a corporation duly organized and existing under the laws of the state of Illinois, with its principal place of business at 1400 Shore Road, Naperville, IL 60563.

4.     SMS is informed and believes, and on that basis alleges that Defendant Microdynamics, Inc. is a corporation duly organized and existing under the laws of the state of Illinois, with its principal place of business at 1400 Shore Road, Naperville, IL 60563.

5.     SMS is informed and believes, and on that basis alleges that the Defendants identified in Paragraphs 3 and 4 above (collectively "Microdynamics") are interrelated companies that together comprise a leading provider of direct mail services. These two Defendants operate as a unitary business venture and are jointly and severally liable for patent infringement related to direct mail services provided by any one of them. SMS's right to relief against each of the Microdynamics Defendants arises out of the same transaction, occurrence, or series of transactions or occurrences relating to making, using, importing into the United States, offering or sale, or selling direct mail services that are common to each of the two Defendants. Additionally, questions of fact that are common to both Microdynamics Defendants will arise in this action, including whether software that is jointly used by both Defendants infringes the asserted patents. Therefore, joinder of the Defendants identified in Paragraphs 3 and 4 above is proper under 35 U.S.C. § 299.

6.     In addition, the software used by Microdynamics is also used by R. R. Donnelley & Sons Company ("Donnelley") to provide direct mail services. The software that is commonly used by both Microdynamics and Donnelley to provide direct mail services infringes the asserted

1    patents.  Given that this software is used by all three Defendants (*i.e.*, Microdynamics and

2    Donnelley), SMS's right to relief against each of these Defendants arises out of the same

3    transaction, occurrence, or series of transactions or occurrences relating to making, using,

4    importing into the United States, offering for sale, or selling direct mail services that are common

5    to each of the three Defendants.  Additionally, questions of fact that are common to all

6    Defendants will arise in this action, including whether software that is jointly used by all

7    Defendants either infringes the asserted patents, or results in products or services that infringe the

8    asserted patents.  Therefore, joinder of the three Defendants identified in Paragraphs 2-4 above is

9    proper under 35 U.S.C. § 299.

10

11                                **JURISDICTION AND VENUE**

12         7.      This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1338(a)

13   because this action arises under the patent laws of the United States, 35 U.S.C. §§ 1 et seq. Venue

14   is proper in this district pursuant to 28 U.S.C. §§ 1391(b)-(c) and 1400(b) in that a substantial part

15   of the events giving rise to the claims occurred in this district and the Defendants have a regular

16   and established practice of business in this district and have committed acts of infringement in

17   this district.

18

19                                **SECURED MAIL SOLUTIONS, LLC**

20         8.      SMS is a provider of mail and mail information services and technology, and is the

21   owner of the three patents-in-suit, U.S. Pat. Nos. 7,814,032, 7,818,268 and 8,073,787.

22         9.      The patents-in-suit disclose and claim various systems and methods for processing,

23   verifying and/or authenticating mail identification data.  In one embodiment of the claimed

24   inventions, mail identification data is affixed to a mail object and includes (or is linked to)

25   information related to the mail object (*e.g.*, information on the sender of the mail object, the

26   contents of the mail object, etc.).  This information can then be used by various individuals or

27   entities (*e.g.*, a mail house, a mail carrier, a recipient, etc.) to ensure that the mail object is secure,

28   and can safely be processed, routed and opened.  In fact, during prosecution of U.S. Pat. No.

COMPLAINT FOR PATENT INFRINGEMENT        - 3 -

1    7,818,268 ("the '268 patent"), the USPTO granted the '268 patent special examination status for

2    disclosing "counter terrorism" technology.  According to the USPTO, the '268 patent discloses

3    technology that "reduces the risk of [a] terrorist attack."  *See* File History for the '268 patent,

4    Decision on Petition to Make Special (Counter Terrorism), dated October 8, 2003.  While the

5    mail identification data claimed in the patents-in-suit can be used to secure mail objects, the data

6    can also be used by mail houses to more effectively process and route mail objects.

7

8                      **INFRINGEMENT OF U.S. PATENT NO. 7,814,032**

9              10.      SMS repeats and realleges the allegations of the preceding paragraphs as if set

10   forth herein.

11             11.      On October 12, 2010, United States Patent No. 7,814,032 ("the '032 patent") was

12   duly and legally issued for an invention entitled "System and Method for Mail Verification."

13   SMS was assigned the '032 patent and continues to hold all rights and interest in the '032 patent.

14   A true and correct copy of the '032 patent is attached hereto as Exhibit 1.

15             12.      Donnelley has infringed and continues to infringe one or more claims of the '032

16   patent.  Donnelley is liable for infringing the '032 patent under 35 U.S.C. § 271 by at least

17   generating, storing and processing mail identification data as claimed in the patent, and/or

18   contributing to or inducing others in the generation, storage and/or processing of mail

19   identification data as claimed in the patent.

20             13.      Donnelley's acts of infringement have caused damage to SMS, and SMS is entitled

21   to recover from Donnelley the damages sustained by SMS as a result of Donnelley's wrongful

22   acts in an amount subject to proof at trial.  Donnelley's infringement of SMS's exclusive rights

23   under the '032 patent will continue to damage SMS, causing irreparable harm for which there is

24   no adequate remedy at law, unless enjoined by this Court.  SMS reserves the right to allege, after

25   discovery, that Donnelley's infringement is willful and deliberate, entitling SMS to increased

26   damages under 35 U.S.C. § 284 and to attorney's fees and costs incurred in prosecuting this

27   action under 35 U.S.C. § 285.

28             14.      Microdynamics has infringed and continues to infringe one or more claims of the

1    '032 patent.  Microdynamics is liable for infringing the '032 patent under 35 U.S.C. § 271 by at

2    least generating, storing and processing mail identification data as claimed in the patent, and/or

3    contributing to or inducing others in the generation, storage and/or processing of mail

4    identification data as claimed in the patent.

5        15.    Microdynamics' acts of infringement have caused damage to SMS, and SMS is

6    entitled to recover from Microdynamics the damages sustained by SMS as a result of

7    Microdynamics' wrongful acts in an amount subject to proof at trial.  Microdynamics'

8    infringement of SMS's exclusive rights under the '032 patent will continue to damage SMS,

9    causing irreparable harm for which there is no adequate remedy at law, unless enjoined by this

10   Court.  SMS reserves the right to allege, after discovery, that Microdynamics' infringement is

11   willful and deliberate, entitling SMS to increased damages under 35 U.S.C. § 284 and to

12   attorney's fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

13

14                    **INFRINGEMENT OF U.S. PATENT NO. 7,818,268**

15       16.    SMS repeats and realleges the allegations of the preceding paragraphs as if set

16   forth herein.

17       17.    On October 19, 2010, United States Patent No. 7,818,268 ("the 268 patent") was

18   duly and legally issued for an invention entitled "System and Method for Mail Verification."

19   SMS was assigned the '268 patent and continues to hold all rights and interest in the '268 patent.

20   A true and correct copy of the '268 patent is attached hereto as Exhibit 2.

21       18.    Donnelley has infringed and continues to infringe one or more claims of the '268

22   patent.  Donnelley is liable for infringing the '268 patent under 35 U.S.C. § 271 by at least

23   generating, storing and processing mail identification data as claimed in the patent, and/or

24   contributing to or inducing others in the generation, storage and/or processing of mail

25   identification data as claimed in the patent.

26       19.    Donnelley's acts of infringement have caused damage to SMS, and SMS is entitled

27   to recover from Donnelley the damages sustained by SMS as a result of Donnelley's wrongful

28   acts in an amount subject to proof at trial.  Donnelley's infringement of SMS's exclusive rights

COMPLAINT FOR PATENT INFRINGEMENT        - 5 -

1  under the '268 patent will continue to damage SMS, causing irreparable harm for which there is

2  no adequate remedy at law, unless enjoined by this Court.  SMS reserves the right to allege, after

3  discovery, that Donnelley's infringement is willful and deliberate, entitling SMS to increased

4  damages under 35 U.S.C. § 284 and to attorney's fees and costs incurred in prosecuting this

5  action under 35 U.S.C. § 285.

6      20.    Microdynamics has infringed and continues to infringe one or more claims of the

7  '268 patent.  Microdynamics is liable for infringing the '268 patent under 35 U.S.C. § 271 by at

8  least generating, storing and processing mail identification data as claimed in the patent, and/or

9  contributing to or inducing others in the generation, storage and/or processing of mail

10  identification data as claimed in the patent.

11      21.    Microdynamics' acts of infringement have caused damage to SMS, and SMS is

12  entitled to recover from Microdynamics the damages sustained by SMS as a result of

13  Microdynamics' wrongful acts in an amount subject to proof at trial.  Microdynamics'

14  infringement of SMS's exclusive rights under the '268 patent will continue to damage SMS,

15  causing irreparable harm for which there is no adequate remedy at law, unless enjoined by this

16  Court.  SMS reserves the right to allege, after discovery, that Microdynamics' infringement is

17  willful and deliberate, entitling SMS to increased damages under 35 U.S.C. § 284 and to

18  attorney's fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

19

20          **INFRINGEMENT OF U.S. PATENT NO. 8,073,787**

21      22.    SMS repeats and realleges the allegations of the preceding paragraphs as if set

22  forth herein.

23      23.    On December 6, 2011, United States Patent No. 8,073,787 ("the '787 patent") was

24  duly and legally issued for an invention entitled "System and Method for Mail Verification."

25  SMS was assigned the '787 patent and continues to hold all rights and interest in the '787 patent.

26  A true and correct copy of the '787 patent is attached hereto as Exhibit 3.

27      24.    Donnelley has infringed and continues to infringe one or more claims of the '787

28  patent.  Donnelley is liable for infringing the '787 patent under 35 U.S.C. § 271 by at least

1     generating, storing and processing mail identification data as claimed in the patent, and/or

2     contributing to or inducing others in the generation, storage and/or processing of mail

3     identification data as claimed in the patent.

4         25.     Donnelley's acts of infringement have caused damage to SMS, and SMS is entitled

5     to recover from Donnelley the damages sustained by SMS as a result of Donnelley's wrongful

6     acts in an amount subject to proof at trial. Donnelley's infringement of SMS's exclusive rights

7     under the '787 patent will continue to damage SMS, causing irreparable harm for which there is

8     no adequate remedy at law, unless enjoined by this Court. SMS reserves the right to allege, after

9     discovery, that Donnelley's infringement is willful and deliberate, entitling SMS to increased

10     damages under 35 U.S.C. § 284 and to attorney's fees and costs incurred in prosecuting this

11     action under 35 U.S.C. § 285.

12         26.     Microdynamics has infringed and continues to infringe one or more claims of the

13     '787 patent. Microdynamics is liable for infringing the '787 patent under 35 U.S.C. § 271 by at

14     least generating, storing and processing mail identification data as claimed in the patent, and/or

15     contributing to or inducing others in the generation, storage and/or processing of mail

16     identification data as claimed in the patent.

17         27.     Microdynamics' acts of infringement have caused damage to SMS, and SMS is

18     entitled to recover from Microdynamics the damages sustained by SMS as a result of

19     Microdynamics' wrongful acts in an amount subject to proof at trial. Microdynamics'

20     infringement of SMS's exclusive rights under the '787 patent will continue to damage SMS,

21     causing irreparable harm for which there is no adequate remedy at law, unless enjoined by this

22     Court. SMS reserves the right to allege, after discovery, that Microdynamics' infringement is

23     willful and deliberate, entitling SMS to increased damages under 35 U.S.C. § 284 and to

24     attorney's fees and costs incurred in prosecuting this action under 35 U.S.C. § 285.

25

26                                     **JURY DEMAND**

27         28.     Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, SMS respectfully

28     requests a trial by jury on all issues properly triable by jury.

1

2                                         **PRAYER FOR RELIEF**

3              WHEREFORE, Plaintiff Secured Mail Solutions, LLC ("SMS") requests entry of

4      judgment in its favor and against Defendants as follows:

5              a)      Declaration that R. R. Donnelley and Sons Company, Microdynamics, Inc., and

6      Microdynamics Corporation have infringed, contributed to the infringement of, or induced

7      infringement of U.S. Patent Nos. 7,814,032, 7,818,268 and 8,073,787.

8              b)      Awarding the damages arising out of Donnelley's and Microdynamics'

9      infringement of, contribution to the infringement of, or inducement of infringement of U.S. Patent

10     Nos. 7,814,032, 7,818,268 and 8,073,787 to SMS, together with prejudgment and post-judgment

11     interest, in an amount according to proof;

12             c)      Permanently enjoining Donnelley and Microdynamics and their respective

13     officers, agents, employees, and those acting in privity with them, from further infringement,

14     including contributory infringement and/or inducing infringement, of U.S. Patent Nos. 7,814,032,

15     7,818,268 and 8,073,787, or in the alternative, awarding a royalty for post-judgment

16     infringement;

17             d)      Awarding attorney's fees pursuant to 35 U.S.C. § 285 or as otherwise permitted by

18     law; and

19             e)      Awarding such other costs and further relief as the Court may deem just and

20     proper.

21

22

23     Dated: July 6, 2012

24                                                          BRETT J. WILLIAMSON (S.B. #145235)
                                                            bwilliamson@omm.com
25                                                          O'MELVENY & MYERS LLP
                                                            610 Newport Center Drive, 17th Floor
26                                                          Newport Beach, CA 92660-6429
                                                            Telephone: (949) 760-9600
27                                                          Facsimile: (949) 823-6994

28

COMPLAINT FOR PATENT INFRINGEMENT            - 8 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RYAN K. YAGURA (S.B. #197619)
ryagura@omm.com
VISION L. WINTER (S.B. #234172)
vwinter@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Attorneys for SECURED MAIL SOLUTIONS,
LLC

OMM_US:70756926.1

# EXHIBIT 1

US007814032B2

(12) **United States Patent**
    Fitzsimmons

(10) Patent No.: **US 7,814,032 B2**
(45) Date of Patent: **Oct. 12, 2010**

(54) **SYSTEM AND METHOD FOR MAIL VERIFICATION**

(76) Inventor: **Todd E. Fitzsimmons**, 237 Lindero Ave., Long Beach, CA (US) 90803

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 644 days.

(21) Appl. No.: **11/519,739**

(22) Filed: **Sep. 11, 2006**

(65) **Prior Publication Data**

US 2007/0022060 A1      Jan. 25, 2007

**Related U.S. Application Data**

(63) Continuation of application No. 10/271,471, filed on Oct. 15, 2002.

(60) Provisional application No. 60/330,031, filed on Oct. 16, 2001.

(51) **Int. Cl.**
    *G06F 17/00*      (2006.01)
    *G06Q 10/00*      (2006.01)
    *G06Q 20/00*      (2006.01)
    *G07B 17/02*      (2006.01)
    *G06F 21/00*      (2006.01)

(52) **U.S. Cl.** ......................... **705/401**; 705/1.1; 705/64; 705/402; 705/408; 713/186

(58) **Field of Classification Search** .................. 705/1.1, 705/64, 401, 402, 408; 713/186
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

2002/0029152 A1 *   3/2002   Lee et al. ....................... 705/1

FOREIGN PATENT DOCUMENTS

| JP | 2001275159 A | * | 10/2001 |
| WO | WO 01/35348 A1 | * | 5/2001 |

* cited by examiner

*Primary Examiner*—Fadey S Jabr

(57)      **ABSTRACT**

A system and method is provided for transmitting mail verification data over a wide area network, such as the Internet, in response to receiving and authenticating at least a portion of mail identification (ID) data. In one embodiment of the present invention, a mail verification application is adapted to store at least a verifying portion (e.g., an identifiable code portion, a shipping portion, a recipient portion, etc.) of mail ID data in memory. The mail ID data is then affixed to a mail object. The mail object is then manually delivered to a recipient. At least an authenticating portion of the mail ID data is then provided to a reception device. The reception device, which communicates with the mail ID device over a wide area network, transmits at least the authenticating portion of the mail ID data to the mail verification application operating on the mail ID device. The mail verification application then compares the authenticating portion of the mail ID data with the verifying portion stored in memory. If the authenticating portion of the mail ID data is authenticated, mail verification data is sent to the reception device. In one embodiment of the present invention, at least a portion of the mail verification data includes authenticating data, securing data, sender data, recipient data, mail-content data, downloadable-product data, sender-web-page data, and/or third-party-web-page data.

**22 Claims, 3 Drawing Sheets**





FIG. 1

FIG. 2



FIG. 3



FIG. 4

US 7,814,032 B2

**1**

## SYSTEM AND METHOD FOR MAIL VERIFICATION

### CROSS-REFERENCE TO RELATED APPLICATION

This application is a continuation of U.S. patent application Ser. No. 10/271,471, filed Oct. 15, 2002, which claims the benefit pursuant to 35 U.S.C. §119(e) of U.S. Provisional Patent Application No. 60/330,031 filed Oct. 16, 2001, which applications are specifically incorporated herein, in their entirety, by reference.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to mail verification, and more particularly to a system and method of authenticating at least one mail object by providing at least a portion of mail identification data over a wide area network, such as the Internet, in order to receive mail verification data.

2. Description of Related Art

Currently there are two ways to provided mail objects (e.g., letters, documents, packages, etc.) to an end user; that being electronically (e.g., email, etc.) and through traditional mail services (e.g., U.S. Postal Service, Federal Express, UPS, Courier, etc.). However, because certain mail objects cannot be delivered electronically (either because its impossible or impractical), they are delivered using traditional mail services.

There are several problems with delivering mail objects through traditional mail services. First, the mail object is typically secured inside packaging (e.g., envelops, boxes, etc.) before it is provided to the mail service. Thus, neither the mail service nor the recipient is aware of the contents of the package until such package is opened by the recipient. This creates a problem in that hazardous mail objects (i.e., Anthrax, explosives, etc.) are not detected until they are opened by the recipient, thus exposing the recipient to the hazardous material. It also creates a problem in that mail objects (in general) are not known until they are opened by the recipient, thus making it difficult for the recipient (or his designee) to properly screen, sort or avoid certain mail objects (e.g., offensive mail, annoying mail, etc.).

Second, a manually delivered mail object is limited to a one-way production of a finite set of information and/or products. This becomes problematic when the sender of the mail object is interested in providing or receiving additional information (e.g., product instructions, warranty information, etc.). Finally, contents that can be delivered electronically (e.g., advertisements, software, etc.) are often included in mail objects that are delivered via traditional mail services. The drawback with this is that it increases the cost associated with producing and/or delivering the mail object and increase the size of the mail object. For at least these reasons, a need exists in the industry for a system and method of providing mail verification data in response to receiving mail ID data over a wide area network, such as the Internet.

### SUMMARY OF THE INVENTION

The present invention provides a system and method for providing mail verification data over a wide area network, such as the Internet, in response to receiving and authenticating at least a portion of mail identification (ID) data. Preferred embodiments of the present invention operate in accordance with at least one reception device, a mail identification (ID)

**2**

device, a memory, and a mail verification application adapted to communicate with the reception device over a wide area network, such as the Internet. Specifically, the mail verification application is adapted to store at least a verifying portion of mail ID data in memory. In one embodiment of the present invention, the verifying portion of the mail ID data includes an identifiable code portion (e.g., an alpha code, a numeric code, an alphanumeric code, a symbolic code, a digital code, etc.), a shipping portion (e.g., ship date, shipping location, shipping method, etc.) and/or a recipient portion (e.g., the recipients name, address, email address, IP address, account number, social security number, etc.). The mail ID data is then affixed to a mail object. The mail object, which may further include a mail-to-address, a return-mail-address, and/or postage, is then manually delivered to a recipient. In one embodiment of the present invention, the mail ID data further includes mail-to-address data, return-mail-address data, and/or postage data.

At least an authenticating portion of the mail ID data is then provided to the reception device. The reception device, which communicates with the mail ID device over a wide area network, transmits at least the authenticating portion of the mail ID data to the mail verification application operating on the mail ID device. The mail verification application then compares the authenticating portion of the mail ID data with the verifying portion stored in memory. If the authenticating portion corresponds to the verifying portion (e.g., matches, is reasonably related, etc.), then mail verification data is sent to the reception device. In one embodiment of the present invention, at least a portion of the mail verification data includes authenticating data (indicating that the mail ID data has been authenticated), securing data (indicating who secured the mail object), sender data (indicating who sent the mail object), recipient data (indicating the intended recipient of the mail object) and/or additional data (e.g., the contents of the mail object, downloadable product data, sender web-page information, third party advertisements, etc.).

In one embodiment of the present invention, the mail ID device further includes an input device adapted to provide at least a verifying portion of the mail ID data to the mail verification application and/or an output device adapted to affix the mail ID data on the mail object. In another embodiment of the present invention, the reception device includes an input device for receiving at least an authenticating portion of the mail ID data from the mail object and/or a mail authenticating application adapted to receive at least the authenticating portion of the mail ID data from the input device and provide at least the authenticating portion of the mail ID data to the mail ID device. In another embodiment of the present invention, the U.S. Postal Service (or an interim authenticating or screening entity) is the recipient of the mail object, thus interacting with the reception device to receive mail verification data.

A more complete understanding of the system and method for providing mail verification data in response to receiving at least a portion of mail ID data will be afforded to those skilled in the art, as well as a realization of additional advantages and objects thereof, by a consideration of the following detailed description of the preferred embodiment. Reference will be made to the appended sheets of drawings which will first be described briefly.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 illustrates one embodiment of the mail verification system.

US 7,814,032 B2

3

FIG. 2 illustrates a mail ID device communicating with a plurality of reception devices over a wide area network, such as the Internet.

FIG. 3 illustrates one embodiment of the mail ID device and the reception device depicted in FIG. 1.

FIG. 4 is a flow chart illustrating one method of providing mail verification data in response to receiving at least a portion of mail ID data.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

The present invention provides a system and method for providing mail verification data over a wide area network, such as the Internet, in response to receiving and authenticating at least a portion of mail identification (ID) data. In the detailed description that follows, like element numerals are used to describe like elements illustrated in one or more figures.

Preferred embodiments of the present invention operate in accordance with at least one reception device, a mail identification (ID) device, a memory, and a mail verification application adapted to communicate with the reception device over a wide area network, such as the Internet. FIG. 1 illustrates one embodiment of the mail verification system 10, which includes a mail ID device 110 and a reception device 120 communicating through a wide area network 102, such as the Internet. It should be appreciate, as depicted in FIG. 2, that the reception device(s) 120 includes, but is not limited to, personal computers, set top boxes, personal digital assistances (PDAs), mobile phones, land-line phones, televisions, bar code readers, and all other physically and wirelessly connected reception devices generally known to those skilled in the art. It should further be appreciated that the number of reception devices 120 depicted in FIGS. 1 and 2 are merely to illustrate how the present invention operates, and are not intended to further limit the present invention.

As shown in FIG. 3, the mail ID device 110 further includes a mail verification application 112 and a memory 114. The mail verification application 112 is adapted to store at least a portion (i.e., a verifying portion) of mail ID data in the memory 114, receive at least a portion (i.e., an authenticating portion) of mail ID data from the reception device 120, and provide mail verification data if the portion of the mail ID data received from the reception device 120 is authenticated. It should be appreciated that the mail verification application 112 may further be adapted to generate the mail ID data and provide it to an external device (e.g., a printer, etc.) or receive at least a verifying portion of the mail ID data from an external device (e.g., a scanner, etc.). It should also be appreciated that the mail verification application 112 may exist as a single application, or as multiple applications (locally and/or remotely stored) that operate together to perform the verification functions as described herein. It should further be appreciated that the location of the memory device 114 depicted in FIG. 3 is not intended to further limit the present invention. Thus, a memory device that is, for example, external to the mail ID device 110 is within the spirit and scope of the present invention.

Referring back to FIG. 1, where the dashed arrows indicate data transactions and the solid arrow indicates physical movement, mail ID data 132 is affixed to a mail object 130 (as used in its broader sense to encompass the packaging that surrounds the content). It should be appreciated that mail ID data can be encoded/encrypted (e.g., using bar code data, digital data, etc.) to prevent fraudulent usage. It should further be appreciated that affixing the mail ID data 132 on the mail

4

object 130 includes, but is not limited to, printing or attaching mail ID data directly on the outer surface of the mail object 130 or printing/storing the mail ID data 132 on labels, ICs, smart cards, RFID tags, or any other data storage devices (or materials) generally known to those skilled in the art, and attaching them to the outer surface of the mail object 130. It should also be appreciated that the location of the mail ID data 132 on the mail object 130 in FIG. 1 is merely to exemplify how the invention operates, and is not intended to further limit the present invention. Thus, affixing the mail ID data 132 in some other location, such as over the sealing flap of an envelope, is within the spirit and scope of this invention.

At least a portion (i.e., a verifying portion) of the mail ID data 132 (either before or after the mail ID data is affixed) is stored in the mail ID device 110, or more particular (as shown in FIG. 3) in a memory 114 located within the mail ID device 110. Specifically, the mail verification application 112 either receives or generates at least the verifying portion of the mail ID data 132. The verifying portion is then stored in the memory 114. In one embodiment of the present invention, the verifying portion of the mail ID data includes a identifiable code portion (e.g., an alpha code, a numeric code, and alpha-numeric code, a symbolic code, a digital code, etc.), a shipping portion (e.g., ship date, shipping location, shipping method, etc.), and/or a recipient portion (e.g., the recipients name, address, email address, IP address, account number, social security number, etc.). The mail object 130, which may further include a mail-to-address 134, a return-mail-address 136, and/or postage 138, can then be manually delivered to a recipient. It should be appreciated that the mail ID data 132 can also be encoded (e.g., in a bar code, etc.) to include mail-to-address data, return-mail-address data, and/or postage data. In other words, for example, mail ID data could be encoded to include both coded data and postage-account data.

Once the recipient (or their designee) receives the mail object 130, at least an authenticating portion of the mail ID data 132 is provided to the reception device 120. The reception device 120, which communicates with the mail ID device 110 over a wide area network 102, transmits at least the authenticating portion of the mail identification data to the mail verification application 112 operating on the mail ID device 110. The mail verification application 112 then compares the authenticating portion of the mail ID data with the verifying portion stored in memory 114. If the received portion is authenticated, or corresponds to the verifying portion (e.g., matches, is reasonably related, etc.), then mail verification data is sent to the reception device 120.

In one embodiment of the present invention, at least a portion of the mail verification data includes authenticating data (e.g., image data, audio data, etc.) indicating that the mail ID data has been authenticated. This would allow, for example, the reception device 120 to produce at least one authenticating image on a display and/or perform at least one authenticating sound on a speaker. In another embodiment of the present invention at least a portion of the mail verification data includes securing data (indicating who secured the mail object), sender data (indicating who sent the mail object), recipient data (indicating who is to receive the mail object) and/or additional data (e.g., the contents of the mail object, downloadable product data, sender web-page data, third party advertisements, etc).

In another embodiment of the present invention, the mail ID device and/or the reception device further include an input device (e.g., 118, 124) adapted to receive at least a portion of the mail ID data. It should be appreciated that the input devices depicted and discussed herein (e.g., 118, 124) include, but are not limited to, scanners (e.g., bar code scan-

US 7,814,032 B2

5

ners, etc.), keyboards, RFID readers, smart card readers, IC readers, and all other input devices generally known to those skilled in the art.

In another embodiment of the present invention, the mail ID device further includes an output device 116 adapted to affix (e.g., print, store, etc.) the mail ID data on the mail object. It should be appreciated that affixing the mail ID data on the mail object includes, but is not limited to, printing or attaching mail ID data directly on the outer surface of the mail object or printing/storing the mail ID data on labels, ICs, smart cards, RFID tags, or any other data storage devices (or materials) generally known to those skilled in the art, and attaching them to the outer surface of the mail object. It should further be appreciated that the output device depicted and described herein (e.g., 116) includes, but is not limited to, printers, data storage device (e.g., device capable of storing data on ICs, smart cards, RFID tags, etc.), and all other output devices generally known to those skilled in the art.

In another embodiment of the present invention, as shown in FIG. 3, the reception device 120 further includes a mail authenticating application 122 adapted to receive at least the authenticating portion of the mail ID data from the input device 124 and provide at least the authenticating portion of the mail ID data to the mail ID device. It should be appreciated that the mail authenticating application 122 may exist as a single application, or as: multiple applications (locally and/or remotely stored) that operate together to perform the authenticating functions as described herein.

In one embodiment of the present invention, the mail ID data further includes software-booting data adapted to boot the mail authenticating application, an email application and/or a browser application. Either one of these applications could then be used to provide at least an authenticating portion of said mail ID data to said mail ID device, provide additional information to said mail ID device (or the sender of the mail object), and/or receive additional information from either the mail ID device, the sender of the mail object, or a third-party. In another embodiment, the mail verification data further includes software-booting data adapted to boot an email application and/or a browser application. Either one of these applications could then be used to provide additional information to the mail ID device and/or receive additional information from either the mail ID device, the sender of the mail object, or a third party.

In another embodiment of the invention, the reception device 120, or more particularly the mail authenticating application 122 is adapted to provide a reply email to the mail ID device 130 or the sender of the mail object. This reply email may either be sent automatically, to acknowledge the reception of the mail ID data and/or mail verification data, or manually, to allow the recipient to communicate with the mail ID device and/or sender of the mail object. In another embodiment of the invention the mail verification application 112 is adapted to provide the mail verification data to the reception device 120 via an email.

In another embodiment of the present invention, the U.S. Postal Service (or an interim authenticating or screening entity) is the recipient (as defined by this application) of the mail object 130, thus interacting with the reception device 120 to receive mail verification data. If mail is authenticated (or approved in the case of screening), the mail object 130 is forwarded on to the actual intended recipient.

FIG. 4 is a flow chart illustrating one method of providing mail verification data in response to receiving at least a portion of the mail ID data. Specifically, in step 402 mail ID data is affixed to a mail object. At step 404, a verifying portion of the mail ID data is stored in a memory device. The mail object

6

is then delivered to its recipient (or designee) at step 406. At step 408, a reception device receives at least an authenticating portion of the mail ID data. The reception device then provides at least the authenticating portion to a mail ID device at step 410. If the authenticating portion of the mail ID data corresponds to the verifying portion of the mail ID data, then mail verification data is provided to the reception device at step 412. It should be appreciated that storing the verifying portion of the mail ID data before the mail ID data is affixed to the mail object is within the spirit and scope of the present invention.

Having thus described multiple embodiments of a system and method of providing mail verification data in response to receiving mail ID data, it should be apparent to those skilled in the art that certain advantages of the system have been achieved. It should also be appreciated that various modifications, adaptations, and alternative embodiments thereof may be made within the scope and spirit of the present invention. The invention is further defined by the following claims.

What is claimed is:

1. A method for using a single barcode to verify the authenticity of and identify a sender of a physical mail object that is being sent from said sender to a recipient via a mail carrier, comprising:

a sender of a physical mail object generating a unique identifier, wherein said unique identifier comprises a numeric value, can be used by said sender to identify said physical mail object, and is distinguishable from a second unique identifier that can be used by said sender to identify a second physical mail object that is being sent from said sender to said recipient via said mail carrier;

encoding at least said unique identifier, sender data and recipient data into a single barcode, wherein said sender data identifies said sender of said physical mail object and said recipient data identifies a recipient of said physical mail object;

storing at least a portion of said encoded data in a database, said portion comprising at least said unique identifier, said sender data and said recipient data;

printing said single barcode on said physical mail object;

submitting said physical mail object to a postal carrier;

scanning by a scanner said single barcode to acquire said encoded data; and

comparing by a computer at least a portion of said encoded data to data stored in said database to verify the authenticity of said physical mail object, wherein said at least a portion of said encoded data comprises at least said unique identifier, said sender data and said recipient data and can be used by said postal carrier to identify said sender of said physical mail object.

2. The method of claim 1, further comprising the step of sending information pertaining to said physical mail object electronically to said sender, wherein at least a portion of said information indicates that said physical mail object has been received by said mail carrier.

3. The method of claim 1, wherein said step of encoding at least said unique identifier, sender data and recipient data into a single barcode further comprises encoding at least said unique identifier, sender data, recipient data and shipping data into a single barcode, wherein said shipping data identifies at least a particular method of shipping said physical mail object from said sender to said recipient.

4. The method of claim 1, wherein said step of storing at least a portion of said encoded data in a database further comprises storing data in said database that can be used to

US 7,814,032 B2

7

identify at least one shipping location of said physical mail object and at least one ship date of said physical mail object.

5. The method of claim **1**, wherein said step of comparing at least a portion of said encoded data with data stored in said database further comprises (1) delivering said physical mail object directly to said recipient if there is correspondence between said at least a portion of said encoded data and data stored in said database and (2) not delivering said physical mail object directly to said recipient if there is no correspondence between said at least a portion of said encoded data and data stored in said database.

6. The method of claim **2**, wherein said step of sending information pertaining to said physical mail object electronically to said sender further comprises sending an email to said sender, wherein said email includes said information.

7. The method of claim **1**, wherein said step of storing at least a portion of said encoded data in a database further comprises storing at least a portion of said encoded data in a database that is not maintained by said sender.

8. The method of claim **1**, wherein said recipient data identifies said recipient by identifying the destination of said physical mail object.

9. The method of claim **1**, wherein said sender data identifies said sender by identifying the origin of said physical mail object.

10. The method of claim **1**, wherein said step of submitting said physical mail object to a postal carrier further comprises submitting said physical mail object to the United States Postal Service.

11. The method of claim **1**, wherein said step of comparing at least a portion of said encoded data to data stored in said database to verify the authenticity of said physical mail object further comprises determining of there is correspondence between said at least a portion of said encoded data and said data stored in said database.

12. The method of claim **3**, wherein said step of comparing at least a portion of said encoded data to data stored in said database further comprises comparing at least said unique identifier, sender data, recipient data and shipping data to data stored in said database.

13. A method for using a single barcode to verify the authenticity of and identify ef a sender of a physical mail object that is being sent from said sender to a recipient via a mail carrier, comprising:

a sender of a physical mail object generating a unique identifier, wherein said unique identifier comprises a numeric value, can be used by said sender to identify said physical mail object, and is distinguishable from a second unique identifier that can be used by said sender to identify a second physical mail object sent from said sender to said recipient via said mail carrier;

encoding at least said unique identifier, sender data, recipient data and shipping method data into a single barcode, wherein said sender data can be used to identify said sender of said physical mail object and said recipient data can be used to identify a recipient of said physical mail object;

8

storing at least a portion of said encoded data in a database, said portion comprising at least said unique identifier, said sender data and said shipping method data;

printing said single barcode on said physical mail object;

submitting said physical mail object to a postal carrier;

scanning by a scanner said single barcode to acquire said encoded data; and

comparing at least a portion of said encoded data to data stored in said database to verify the authenticity of said physical mail object, wherein said at least a portion of said encoded data comprises at least said unique identifier, said sender data and said shipping method data and can be used by said postal carrier to identify said sender of said physical mail object.

14. The method of claim **13**, further comprising the step of sending information pertaining to said physical mail object electronically to said sender, wherein at least a portion of said information indicates that said physical mail object has been received by said mail carrier.

15. The method of claim **13**, wherein said step of storing at least a portion of said encoded data in a database further comprises storing data in said database that can be used to identify at least one shipping location of said physical mail object and at least one ship date of said physical mail object.

16. The method of claim **13**, wherein said step of comparing at least a portion of said encoded data with data stored in said database further comprises (1) delivering said physical mail object directly to said recipient if there is correspondence between said at least a portion of said encoded data and data stored in said database and (2) not delivering said physical mail object directly to said recipient if there is no correspondence between said at least a portion of said encoded data and data stored in said database.

17. The method of claim **14**, wherein said step of sending information pertaining to said physical mail object electronically to said sender further comprises sending an email to said sender, wherein said email includes said information.

18. The method of claim **13**, wherein said step of storing at least a portion of said encoded data in a database further comprises storing at least a portion of said encoded data in a database that is not maintained by said sender.

19. The method of claim **13**, wherein said recipient data identifies said recipient by identifying the destination of said physical mail object.

20. The method of claim **13**, wherein said sender data identifies said sender by identifying the origin of said physical mail object.

21. The method of claim **13**, wherein said step of submitting said physical mail object to a postal carrier further comprises submitting said physical mail object to the United States Postal Service.

22. The method of claim **13**, wherein said step of comparing at least a portion of said encoded data to data stored in said database to verify the authenticity of said physical mail object further comprises determining of there is correspondence between said at least a portion of said encoded data and said data stored in said database.

* * * * *

# EXHIBIT 2

US007818268B2

(12) **United States Patent**
Fitzsimmons

(10) **Patent No.:** **US 7,818,268 B2**
(45) **Date of Patent:** **Oct. 19, 2010**

(54) **SYSTEM AND METHOD FOR MAIL VERIFICATION**

(76) Inventor: **Todd E. Fitzsimmons**, 237 Lindero Ave., Long Beach, CA (US) 90803

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 1290 days.

(21) Appl. No.: **10/271,471**

(22) Filed: **Oct. 15, 2002**

(65) **Prior Publication Data**

US 2003/0140014 A1       Jul. 24, 2003

**Related U.S. Application Data**

(60) Provisional application No. 60/330,031, filed on Oct. 16, 2001.

(51) **Int. Cl.**
| | |
|---|---|
| *G06F 17/00* | (2006.01) |
| *G06Q 10/00* | (2006.01) |
| *G06Q 20/00* | (2006.01) |
| *G07B 17/02* | (2006.01) |
| *G06F 21/00* | (2006.01) |

(52) **U.S. Cl.** .......................... **705/401**; 705/1.1; 705/64; 705/402; 705/408; 713/186

(58) **Field of Classification Search** ..................... 705/1, 705/28, 29, 1.1, 64, 401–402, 408; 713/186
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,558,318 A | * | 12/1985 | Katz et al. ................. | 340/5.86 |
| 5,043,908 A | * | 8/1991 | Manduley et al. ......... | 700/227 |
| 5,684,705 A | * | 11/1997 | Herbert ...................... | 705/401 |
| 5,963,927 A | * | 10/1999 | Herbert ...................... | 705/401 |
| 5,984,366 A | * | 11/1999 | Priddy ........................ | 283/72 |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| JP | 09-99931 | * | 4/1997 |

(Continued)

OTHER PUBLICATIONS

Fales: "Exciting times for new developments in tracking systems. (Automatic Identification)"; Industrial Engineering, May 1992, vol. 24, No. 5, p. 14.*

(Continued)

*Primary Examiner* —Fadey S Jabr

(57) **ABSTRACT**

A system and method is provided for transmitting mail verification data over a wide area network, such as the Internet, in response to receiving and authenticating at least a portion of mail identification (ID) data. In one embodiment of the present invention, a mail verification application is adapted to store at least a verifying portion (e.g., an identifiable code portion, a shipping portion, a recipient portion, etc.) of mail ID data in memory. The mail ID data is then affixed to a mail object. The mail object is then manually delivered to a recipient. At least an authenticating portion of the mail ID data is then provided to a reception device. The reception device, which communicates with the mail ID device over a wide area network, transmits at least the authenticating portion of the mail ID data to the mail verification application operating on the mail ID device. The mail verification application then compares the authenticating portion of the mail ID data with the verifying portion stored in memory. If the authenticating portion of the mail ID data is authenticated, mail verification data is sent to the reception device. In one embodiment of the present invention, at least a portion of the mail verification data includes authenticating data, securing data, sender data, recipient data, mail-content data, downloadable-product data, sender-web-page data, and/or third-party-web-page data.

**56 Claims, 3 Drawing Sheets**



**US 7,818,268 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,260,029 | B1 * | 7/2001 | Critelli | 705/408 |
| 6,289,323 | B1 * | 9/2001 | Gordon et al. | 705/40 |
| 6,510,992 | B2 * | 1/2003 | Wells et al. | 235/385 |
| 6,539,360 | B1 * | 3/2003 | Kadaba | 705/28 |
| 6,810,408 | B1 * | 10/2004 | Bates et al. | 709/200 |
| 7,200,753 | B1 * | 4/2007 | Shinzaki et al. | 713/182 |
| 7,305,104 | B2 * | 12/2007 | Carr et al. | 382/100 |
| 2002/0029152 | A1 * | 3/2002 | Lee et al. | 705/1 |
| 2002/0083022 | A1 * | 6/2002 | Algazi | 705/408 |
| 2003/0004830 | A1 * | 1/2003 | Frederick | 705/26 |
| 2003/0101143 | A1 * | 5/2003 | Montgomery et al. | 705/62 |
| 2003/0101148 | A1 * | 5/2003 | Montgomery et al. | 705/404 |
| 2003/0102374 | A1 * | 6/2003 | Wojdyla et al. | 235/385 |
| 2003/0118191 | A1 * | 6/2003 | Wang et al. | 380/285 |
| 2003/0141358 | A1 * | 7/2003 | Hudson et al. | 235/375 |
| 2003/0177095 | A1 * | 9/2003 | Zorab et al. | 705/50 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| JP | 2001275159 | A * | 10/2001 |
| JP | 2002-284239 | * | 10/2002 |
| WO | WO 96/03286 | * | 2/1996 |
| WO | WO 96/13015 | A2 * | 5/1996 |
| WO | WO 01/35348 | A1 * | 5/2001 |

### OTHER PUBLICATIONS

Haskin: "FedEx Ship lets you track packages from your desktop. (Federal Express)(First Looks)(Software Review)(Evaluation)(Brief Article)", PC Magazine, May 16, 1995, vol. 14, No. 9, p. 54.*
Giusti, Christopher, "Mail Center Secuity", Security Management, Nov. 1998, pp. 1-10.*

* cited by examiner

FIG. 1



FIG. 2



FIG. 3



AFFIX MAIL ID DATA TO MAIL OBJECT                                    402

STORE AT LEAST A VERIFYING PORTION OF THE MAIL ID DATA              404

MANUALLY DELIVER THE MAIL OBJECT TO A RECIPIENT                     406

RECIEVE AT LEAST AN AUTHENTICATING PORTION OF THE MAIL ID DATA      408

PROVIDE AT LEAST THE AUTHENTICATING PORTION OF THE MAIL ID DATA TO A MAIL ID DEVICE   410

PROVIDE MAIL VERIFICATION DATA TO A RECEPTION DEVICE IF THE AUTHENTICATING PORTION CORRESPONDS TO THE VERIFYING PORTION   412

FIG. 4

US 7,818,268 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# SYSTEM AND METHOD FOR MAIL VERIFICATION

## CROSS-REFERENCE TO RELATED APPLICATION

This application claims benefit pursuant to 35 U.S.C. §119(e) of U.S. Provisional Application No. 60/330,031 filed Oct. 16, 2001, which application is specifically incorporated herein, in its entirety, by reference.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to mail verification, and more particularly to a system and method of authenticating at least one mail object by providing at least a portion of mail identification data over a wide area network, such as the Internet, in order to receive mail verification data.

### 2. Description of Related Art

Currently there are two ways to provided mail objects (e.g., letters, documents, packages, etc.) to an end user; that being electronically (e.g., email, etc.) and through traditional mail services (e.g., U.S. Postal Service, Federal Express, UPS, Courier, etc.). However, because certain mail objects cannot be delivered electronically (either because its impossible or impractical), they are delivered using traditional mail services.

There are several problems with delivering mail objects through traditional mail services. First, the mail object is typically secured inside packaging (e.g., envelops, boxes, etc.) before it is provided to the mail service. Thus, neither the mail service nor the recipient is aware of the contents of the package until such package is opened by the recipient. This creates a problem in that hazardous mail objects (i.e., Anthrax, explosives, etc.) are not detected until they are opened by the recipient, thus exposing the recipient to the hazardous material. It also creates a problem in that mail objects (in general) are not known until they are opened by the recipient, thus making it difficult for the recipient (or his designee) to properly screen, sort or avoid certain mail objects (e.g., offensive mail, annoying mail, etc).

Second, a manually delivered mail object is limited to a one-way production of a finite set of information and/or products. This becomes problematic when the sender of the mail object is interested in providing or receiving additional information (e.g., product instructions, warranty information, etc.). Finally, contents that can be delivered electronically (e.g., advertisements, software, etc.) are often included in mail objects that are delivered via traditional mail services. The drawback with this is that it increases the cost associated with producing and/or delivering the mail object and increase the size of the mail object. For at least these reasons, a need exists in the industry for a system and method of providing mail verification data in response to receiving mail ID data over a wide area network, such as the Internet.

## SUMMARY OF THE INVENTION

The present invention provides a system and method for providing mail verification data over a wide area network, such as the Internet, in response to receiving and authenticating at least a portion of mail identification (ID) data. Preferred embodiments of the present invention operate in accordance with at least one reception device, a mail identification (ID) device, a memory, and a mail verification application adapted to communicate with the reception device over a wide area network, such as the Internet. Specifically, the mail verification application is adapted to store at least a verifying portion of mail ID data in memory. In one embodiment of the present invention, the verifying portion of the mail ID data includes an identifiable code portion (e.g., an alpha code, a numeric code, an alphanumeric code, a symbolic code, a digital code, etc.), a shipping portion (e.g., ship date, shipping location, shipping method, etc.) and/or a recipient portion (e.g., the recipients name, address, email address, IP address, account number, social security number, etc.). The mail ID data is then affixed to a mail object. The mail object, which may further include a mail-to-address, a return-mail-address, and/or postage, is then manually delivered to a recipient. In one embodiment of the present invention, the mail ID data further includes mail-to-address data, return-mail-address data, and/or postage data.

At least an authenticating portion of the mail ID data is then provided to the reception device. The reception device, which communicates with the mail ID device over a wide area network, transmits at least the authenticating portion of the mail ID data to the mail verification application operating on the mail ID device. The mail verification application then compares the authenticating portion of the mail ID data with the verifying portion stored in memory. If the authenticating portion corresponds to the verifying portion (e.g., matches, is reasonably related, etc.), then mail verification data is sent to the reception device. In one embodiment of the present invention, at least a portion of the mail verification data includes authenticating data (indicating that the mail ID data has been authenticated), securing data (indicating who secured the mail object), sender data (indicating who sent the mail object), recipient data (indicating the intended recipient of the mail object) and/or additional data (e.g., the contents of the mail object, downloadable product data, sender web-page information, third party advertisements, etc).

In one embodiment of the present invention, the mail ID device further includes an input device adapted to provide at least a verifying portion of the mail ID data to the mail verification application and/or an output device adapted to affix the mail ID data on the mail object. In another embodiment of the present invention, the reception device includes an input device for receiving at least an authenticating portion of the mail ID data from the mail object and/or a mail authenticating application adapted to receive at least the authenticating portion of the mail ID data from the input device and provide at least the authenticating portion of the mail ID data to the mail ID device. In another embodiment of the present invention, the U.S. Postal Service (or an interim authenticating or screening entity) is the recipient of the mail object, thus interacting with the reception device to receive mail verification data.

A more complete understanding of the system and method for providing mail verification data in response to receiving at least a portion of mail ID data will be afforded to those skilled in the art, as well as a realization of additional advantages and objects thereof, by a consideration of the following detailed description of the preferred embodiment. Reference will be made to the appended sheets of drawings which will first be described briefly.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 illustrates one embodiment of the mail verification system.

FIG. 2 illustrates a mail ID device communicating with a plurality of reception devices over a wide area network, such as the Internet.

US 7,818,268 B2

3

FIG. 3 illustrates one embodiment of the mail ID device and the reception device depicted in FIG. 1.

FIG. 4 is a flow chart illustrating one method of providing mail verification data in response to receiving at least a portion of mail ID data.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

The present invention provides a system and method for providing mail verification data over a wide area network, such as the Internet, in response to receiving and authenticating at least a portion of mail identification (ID) data. In the detailed description that follows, like element numerals are used to describe like elements illustrated in one or more figures.

Preferred embodiments of the present invention operate in accordance with at least one reception device, a mail identification (ID) device, a memory, and a mail verification application adapted to communicate with the reception device over a wide area network, such as the Internet. FIG. 1 illustrates one embodiment of the mail verification system 10, which includes a mail ID device 110 and a reception device 120 communicating through a wide area network 102, such as the Internet. It should be appreciate, as depicted in FIG. 2, that the reception device(s) 120 includes, but is not limited to, personal computers, set top boxes, personal digital assistances (PDAs), mobile phones, land-line phones, televisions, bar code readers, and all other physically and wirelessly connected reception devices generally known to those skilled in the art. It should further be appreciated that the number of reception devices 120 depicted in FIGS. 1 and 2 are merely to illustrate how the present invention operates, and are not intended to further limit the present invention.

As shown in FIG. 3, the mail ID device 110 further includes a mail verification application 112 and a memory 114. The mail verification application 112 is adapted to store at least a portion (i.e., a verifying portion) of mail ID data in the memory 114, receive at least a portion (i.e., an authenticating portion) of mail ID data from the reception device 120, and provide mail verification data if the portion of the mail ID data received from the reception device 120 is authenticated. It should be appreciated that the mail verification application 112 may further be adapted to generate the mail ID data and provide it to an external device (e.g., a printer, etc.) or receive at least a verifying portion of the mail ID data from an external device (e.g., a scanner, etc.). It should also be appreciated that the mail verification application 112 may exist as a single application, or as multiple applications (locally and/or remotely stored) that operate together to perform the verification functions as described herein. It should further be appreciated that the location of the memory device 114 depicted in FIG. 3 is not intended to further limit the present invention. Thus, a memory device that is, for example, external to the mail ID device 110 is within the spirit and scope of the present invention.

Referring back to FIG. 1, where the dashed arrows indicate data transactions and the solid arrow indicates physical movement, mail ID data 132 is affixed to a mail object 130 (as used in its broader sense to encompass the packaging that surrounds the content). It should be appreciated that mail ID data can be encoded/encrypted (e.g., using bar code data, digital data, etc.) to prevent fraudulent usage. It should further be appreciated that affixing the mail ID data 132 on the mail object 130 includes, but is not limited to, printing or attaching mail ID data directly on the outer surface of the mail object 130 or printing/storing the mail ID data 132 on labels, ICs,

4

smart cards, RFID tags, or any other data storage devices (or materials) generally known to those skilled in the art, and attaching them to the outer surface of the mail object 130. It should also be appreciated that the location of the mail ID data 132 on the mail object 130 in FIG. 1 is merely to exemplify how the invention operates, and is not intended to further limit the present invention. Thus, affixing the mail ID data 132 in some other location, such as over the sealing flap of an envelope, is within the spirit and scope of this invention.

At least a portion (i.e., a verifying portion) of the mail ID data 132 (either before or after the mail ID data is affixed) is stored in the mail ID device 110, or more particular (as shown in FIG. 3) in a memory 114 located within the mail ID device 110. Specifically, the mail verification application 112 either receives or generates at least the verifying portion of the mail ID data 132. The verifying portion is then stored in the memory 114. In one embodiment of the present invention, the verifying portion of the mail ID data includes a identifiable code portion (e.g., an alpha code, a numeric code, and alphanumeric code, a symbolic code, a digital code, etc.), a shipping portion (e.g., ship date, shipping location, shipping method, etc.), and/or a recipient portion (e.g., the recipients name, address, email address, IP address, account number, social security number, etc.). The mail object 130, which may further include a mail-to-address 134, a return-mail-address 136, and/or postage 138, can then be manually delivered to a recipient. It should be appreciated that the mail ID data 132 can also be encoded (e.g., in a bar code, etc.) to include mail-to-address data, return-mail-address data, and/or postage data. In other words, for example, mail ID data could be encoded to include both coded data and postage-account data.

Once the recipient (or their designee) receives the mail object 130, at least an authenticating portion of the mail ID data 132 is provided to the reception device 120. The reception device 120, which communicates with the mail ID device 110 over a wide area network 102, transmits at least the authenticating portion of the mail identification data to the mail verification application 112 operating on the mail ID device 110. The mail verification application 112 then compares the authenticating portion of the mail ID data with the verifying portion stored in memory 114. If the received portion is authenticated, or corresponds to the verifying portion (e.g., matches, is reasonably related, etc.), then mail verification data is sent to the reception device 120.

In one embodiment of the present invention, at least a portion of the mail verification data includes authenticating data (e.g., image data, audio data, etc.) indicating that the mail ID data has been authenticated. This would allow, for example, the reception device 120 to produce at least one authenticating image on a display and/or perform at least one authenticating sound on a speaker. In one embodiment of the present invention, at least a portion of the mail verification data includes securing data (indicating who secured the mail object), sender data (indicating who sent the mail object), recipient data (indicating who is to receive the mail object) and/or additional data (e.g., the contents of the mail object, downloadable product data, sender web-page data, third party advertisements, etc.).

In another embodiment of the present invention, the mail ID device and/or the reception device further include an input device (e.g., 118, 124) adapted to receive at least a portion of the mail ID data. It should be appreciated that that the input devices depicted and discussed herein (e.g., 118, 124) include, but are not limited to, scanners (e.g., bar code scanners, etc.), keyboards, RFID readers, smart card readers, IC readers, and all other input devices generally known to those skilled in the art.

US 7,818,268 B2

5

In another embodiment of the present invention, the mail ID device further includes an output device 116 adapted to affix (e.g., print, store, etc.) the mail ID data on the mail object. It should be appreciated that affixing the mail ID data on the mail object includes, but is not limited to, printing or attaching mail ID data directly on the outer surface of the mail object or printing/storing the mail ID data on labels, ICs, smart cards, RFID tags, or any other data storage devices (or materials) generally known to those skilled in the art, and attaching them to the outer surface of the mail object. It should further be appreciated that the output device depicted and described herein (e.g., 116) includes, but is not limited to, printers, data storage device (e.g., device capable of storing data on ICs, smart cards, RFID tags, etc.), and all other output devices generally known to those skilled in the art.

In another embodiment of the present invention, as shown in FIG. 3, the reception device 120 further includes a mail authenticating application 122 adapted to receive at least the authenticating portion of the mail ID data from the input device 124 and provide at least the authenticating portion of the mail ID data to the mail ID device. It should be appreciated that the mail authenticating application 122 may exist as a single application, or as multiple applications (locally and/or remotely stored) that operate together to perform the authenticating functions as described herein.

In one embodiment of the present invention, the mail ID data further includes software-booting data adapted to boot the mail authenticating application, an email application and/or a browser application. Either one of these applications could then be used to provide at least an authenticating portion of said mail ID data to said mail ID device, provide additional information to said mail ID device (or the sender of the mail object), and/or receive additional information from either the mail ID device, the sender of the mail object, or a third-party. In another embodiment, the mail verification data further includes software-booting data adapted to boot an email application and/or a browser application. Either one of these applications could then be used to provide additional information to the mail ID device and/or receive additional information from either the mail ID device, the sender of the mail object, or a third party.

In another embodiment of the invention, the reception device 120, or more particularly the mail authenticating application 122 is adapted to provide a reply email to the mail ID device 130 or the sender of the mail object. This reply email may either be sent automatically, to acknowledge the reception of the mail ID data and/or mail verification data, or manually, to allow the recipient to communicate with the mail ID device and/or sender of the mail object. In another embodiment of the invention the mail verification application 112 is adapted to provide the mail verification data to the reception device 120 via an email.

In another embodiment of the present invention, the U.S. Postal Service (or an interim authenticating or screening entity) is the recipient (as defined by this application) of the mail object 130, thus interacting with the reception device 120 to receive mail verification data. If mail is authenticated (or approved in the case of screening), the mail object 130 is forwarded on to the actual intended recipient.

FIG. 4 is a flow chart illustrating one method of providing mail verification data in response to receiving at least a portion of the mail ID data. Specifically, in step 402 mail ID data is affixed to a mail object. At step 404, a verifying portion of the mail ID data is stored in a memory device. The mail object is then delivered to its recipient (or designee) at step 406. At step 408, a reception device receives at least an authenticating portion of the mail ID data. The reception device then pro-

6

vides at least the authenticating portion to a mail ID device at step 410. If the authenticating portion of the mail ID data corresponds to the verifying portion of the mail ID data, then mail verification data is provided to the reception device at step 412. It should be appreciated that storing the verifying portion of the mail ID data before the mail ID data is affixed to the mail object is within the spirit and scope of the present invention.

Having thus described multiple embodiments of a system and method of providing mail verification data in response to receiving mail ID data, it should be apparent to those skilled in the art that certain advantages of the system have been achieved. It should also be appreciated that various modifications, adaptations, and alternative embodiments thereof may be made within the scope and spirit of the present invention. The invention is further defined by the following claims.

What is claimed is:

1. A method of verifying mail identification data, comprising:
affixing mail identification data to at least one mail object, said mail identification data comprising a single set of encoded data that includes at least a unique identifier, sender data, recipient data and shipping method data, wherein said unique identifier consists of a numeric value assigned by a sender of said at least one mail object;
storing at least a verifying portion of said mail identification data;
receiving by a computer at least an authenticating portion of said mail identification data from at least one reception device via a network, wherein said authenticating portion of said mail identification data comprises at least said sender data and said shipping method data; and
providing by said computer mail verification data via said network when said authenticating portion of said mail identification data corresponds with said verifying portion of said mail identification data.

2. The method of claim 1, wherein said step of affixing mail identification data further comprises affixing a bar code on said at least one mail object.

3. The method of claim 1, wherein said step of affixing mail identification data further comprises printing said mail identification data at least indirectly on said at least one mail object.

4. The method of claim 1, wherein said step of affixing mail identification data further comprises storing said mail identification data on a device attached to said at least one mail object.

5. The method of claim 1, wherein said step of receiving at least an authenticating portion of said mail identification data further comprises receiving at least said authenticating portion of said mail identification data from said at least one reception device via said network, wherein said authenticating portion of said mail identification data further comprises at least said unique identifier.

6. The method of claim 5, wherein said step of affixing mail identification data further comprises affixing at least a human readable version of said unique identifier on said at least one mail object.

7. The method of claim 5, wherein said step of affixing mail identification data further comprises affixing at least a human readable version of recipient data on said at least one mail object.

8. The method of claim 5, wherein said step of affixing mail identification data further comprises affixing at least a human readable version of said sender data on said at least one mail object.

US 7,818,268 B2

7

8

9. The method of claim 1, wherein said step of receiving at least an authenticating portion of said mail identification data further comprises receiving at least said authenticating portion of said mail identification data from said at least one reception device via said network, wherein said authenticating portion of said mail identification data further comprises at least said recipient data.

10. The method of claim 1, wherein said step of receiving at least an authenticating portion of said mail identification data further comprises receiving at least said authenticating portion of said mail identification data from said at least one reception device via said network, wherein said authenticating portion of said mail identification data further comprises at least said recipient data and said unique identifier.

11. The method of claim 1, where said step of providing mail verification data further comprises providing said mail verification data to said at least one reception device.

12. The method of claim 1, wherein said step of providing mail verification data further comprises providing at least authenticating data to said at least one reception device.

13. The method of claim 1, wherein said step of providing mail verification data further comprises providing said mail verification data to a recipient of said at least one mail object.

14. The method of claim 13, wherein said step of providing mail verification data further comprises providing said mail verification data to said recipient of said at least one mail object via an email.

15. The method of claim 13, wherein said step of providing mail verification data further comprises providing at least said sender data to said recipient of said at least one mail object.

16. The method of claim 1, further comprising the step of sending a web page to a sender of said at least one mail object, said web page including data related to said at least one mail object.

17. The method of claim 1, further comprising the step of sending an email to a sender of said at least one mail object, said email including data related to said at least one mail object.

18. A method of verifying mail identification data, comprising:

receiving said mail identification data from a mail object, said mail identification data comprising a single set of encoded data that includes at least a unique identifier, recipient data, shipping method data and sender data, wherein said unique identifier consists of a numeric value that is assigned by a sender of said mail object;

providing by at least one computer at least said sender data and said shipping method data to a mail identification device over a network;

receiving by said at least one computer mail verification data from said mail identification device when said at least said sender data and said shipping method data are stored on said mail identification device, said mail verification data indicating, at least in part, that said at least one mail object was sent by an identifiable entity, and therefore traceable to a source; and

routing said at least one mail object to be delivered to a recipient if said mail verification data is received.

19. The method of claim 18, wherein said steps of providing at least said sender data and said shipping method data and receiving mail verification data further comprises providing at least said recipient data to said mail identification device over said network and receiving said mail verification data from said mail identification device if said sender data, said shipping method data and said at least said recipient data are stored on said mail identification device.

20. The method of claim 19, wherein said steps of providing at least said sender data, said shipping method data and said recipient data and receiving mail verification data further comprises providing at least said unique identifier to said mail identification device over said network and receiving said mail verification data from said mail identification device if said sender data, said unique identifier, said recipient data and said shipping method data are stored on said mail identification device.

21. The method of claim 18, wherein said steps of providing at least said sender data and said shipping method data and receiving mail verification data further comprises providing at least said unique identifier to said mail identification device over said network and receiving mail verification data from said mail identification device if said sender data, said shipping method data and said at least said unique identifier are stored on said mail identification device.

22. The method of claim 18, further comprising using said mail identification data to generate an email addressed to said mail identification device.

23. The method of claim 18, further comprising using said mail identification data to generate an email addressed to a sender of said mail object.

24. The method of claim 18, further comprising booting a mail authenticating application in response to receiving said mail identification data.

25. The method of claim 18, further comprising producing an authenticating image on a display after said mail verification data is received.

26. The method of claim 18, further comprising producing an authenticating sound on at least one speaker after said mail verification data is received.

27. The method of claim 18, further comprising the step of sending a web page to a sender of said mail object, said web page including data related to said mail object.

28. The method of claim 27, wherein said steps of providing at least said sender data and said shipping method data and receiving mail verification data further comprises providing at least said unique identifier to said mail identification device over said network and receiving said mail verification data from said mail identification device if said sender data, said shipping method data and said at least said unique identifier are stored on said mail identification device.

29. The method of claim 28, wherein said steps of providing at least said sender data, said shipping method data and said unique identifier and receiving mail verification data further comprises providing at least said recipient data to said mail identification device over said network and receiving said mail verification data from said mail identification device if said sender data, said shipping method data, said unique identifier and said at least said recipient data are stored on said mail identification device.

30. The method of claim 18, further comprising the step of storing a shipping location of said mail object on said mail identification device.

31. The method of claim 18, further comprising the step of storing a shipping date of said mail object on said mail identification device.

32. The method of claim 18, further comprising the step of sending an email to a sender of said mail object, said email including data related to said mail object.

33. A mail verification system for authenticating at least one mail object, said at least one mail object being a physical object and including mail identification data, comprising:

at least one mail verification device adapted to communicate with at least one reception device via a network, said at least one mail verification device comprising:

US 7,818,268 B2

9

a memory; and

a mail verification application adapted to:

store at least a verifying portion of mail identification data in said memory, said mail identification data comprising a single set of encoded data that includes at least a unique identifier, sender information, recipient information and shipping method information, wherein said unique identifier consists of a numeric value assigned by a sender of said at least one mail object;

receive at least an authenticating portion of said mail identification data from said at least one reception device via said network, wherein said authenticating portion comprises at least said sender information and said shipping method information; and

provide mail verification data via said network if at least said authenticating portion of said mail identification data corresponds to said verifying portion of said mail identification data.

**34.** The mail verification system of claim **33**, wherein a portion of said mail verification application under said sender's control is further adapted to generate at least said verifying portion of said mail identification data.

**35.** The mail verification system of claim **34** further comprising an output device adapted to affix said mail identification data on said at least one mail object.

**36.** The mail verification system of claim **35**, wherein said output device is adapted to affix said mail identification data on said at least one mail object by printing said mail identification data on at least one label.

**37.** The mail verification system of claim **35**, wherein said output device is adapted to affix said mail identification data on said at least one mail object by storing said mail identification data on at least one tag.

**38.** The mail verification system of claim **33** further comprising an input device adapted to receive at least said verifying portion of said mail identification data.

**39.** The mail verification system of claim **33**, wherein said authenticating portion of said mail identification data further includes at least said unique identifier.

**40.** The mail verification system of claim **39**, wherein said authenticating portion of said mail identification data further includes at least said recipient information.

**41.** The mail verification system of claim **33**, wherein said mail identification data is encoded on said at least one mail object through a bar code.

**42.** The mail verification system of claim **33**, wherein a portion of said mail verification application under said sender's control is further adapted to generate at least said unique identifier.

**43.** The mail verification system of claim **33**, wherein said mail identification data further includes at least postage data.

10

**44.** The mail verification system of claim **33**, wherein said mail verification data includes at least authenticating data.

**45.** The mail verification system of claim **33**, wherein said mail verification data includes at least said sender information.

**46.** The mail verification system of claim **33**, wherein said mail identification data includes at least mail-object-content data.

**47.** The mail verification system of claim **33**, wherein said mail verification data includes at least securing data.

**48.** The mail verification system of claim **33**, wherein said mail verification application is further adapted to send an email in response to receiving said authenticating portion of said mail identification data.

**49.** The mail verification system of claim **33**, wherein said mail verification application is further adapted to send an email if said authenticating portion of said mail identification data corresponds to said verifying portion of said mail identification data.

**50.** The mail verification system of claim **33**, further comprising said at least one reception device.

**51.** The mail verification system of claim **50**, wherein said at least one reception device comprises an input device for receiving at least a portion of said mail identification data from said at least one mail object.

**52.** The mail verification system of claim **51**, wherein said at least one reception device further comprises a mail authenticating application adapted to:

receive said at least a portion of said mail identification data from said input device; and

provide at least said authenticating portion of said mail identification data to said at least one mail verification device.

**53.** The mail verification system of claim **52**, wherein said at least one reception device further includes a display, said mail authenticating application being further adapted to display at least one authenticating image on said display if said mail verification data is not received.

**54.** The mail verification system of claim **52**, wherein said at least one reception device further includes at least one speaker, said mail authenticating application being further adapted to produce at least one authenticating sound on said at least one speaker if said mail verification data is not received.

**55.** The mail verification system of claim **52**, wherein said mail authenticating application is further adapted to send an email in response to receiving said mail identification data.

**56.** The mail verification system of claim **52**, wherein said mail authenticating application is further adapted to send an email in response to receiving said mail verification data.

* * * * *

# EXHIBIT 3

US008073787B2

## (12) United States Patent
### Fitzsimmons

(10) Patent No.: **US 8,073,787 B2**
(45) Date of Patent: **\*Dec. 6, 2011**

(54) **SYSTEM AND METHOD FOR MAIL VERIFICATION**

(76) Inventor: **Todd E. Fitzsimmons**, Long Beach, CA (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 431 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **12/454,052**

(22) Filed: **May 11, 2009**

(65) **Prior Publication Data**

US 2009/0287344 A1      Nov. 19, 2009

**Related U.S. Application Data**

(63) Continuation of application No. 10/271,471, filed on Oct. 15, 2002, now Pat. No. 7,818,268.

(60) Provisional application No. 60/330,031, filed on Oct. 16, 2001.

(51) Int. Cl.
| | |
|---|---|
| *G06F 17/00* | (2006.01) |
| *G06F 21/00* | (2006.01) |
| *G06Q 10/00* | (2006.01) |
| *G06Q 20/00* | (2006.01) |
| *G07B 17/02* | (2006.01) |

(52) **U.S. Cl.** ............ **705/401**; 705/1.1; 705/64; 705/402; 705/408; 713/186

(58) **Field of Classification Search** .................. 705/1.1, 705/64, 401, 402, 408; 713/186
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,558,318 | A | 12/1985 | Katz et al. |
| 5,043,908 | A | 8/1991 | Manduley et al. |
| 5,684,705 | A | 11/1997 | Herbert |
| 5,963,927 | A | 10/1999 | Herbert |
| 5,984,366 | A | 11/1999 | Priddy |
| 6,260,029 | B1 | 7/2001 | Critelli |
| 6,289,323 | B1 | 9/2001 | Gordon et al. |
| 6,510,992 | B2 | 1/2003 | Wells et al. |
| 6,539,360 | B1 | 3/2003 | Kadaba |
| 6,810,408 | B1 | 10/2004 | Bates et al. |
| 7,200,753 | B1 | 4/2007 | Shinzaki et al. |
| 7,305,104 | B2 | 12/2007 | Carr et al. |
| 2002/0029152 | A1 | 3/2002 | Lee et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

JP          09-099931      4/1997

(Continued)

*Primary Examiner* — Fadey Jabr

(57)              **ABSTRACT**

A system and method is provided for transmitting mail verification data over a wide area network, such as the Internet, in response to receiving and authenticating at least a portion of mail identification (ID) data. In one embodiment of the present invention, a mail verification application is adapted to store at least a verifying portion (e.g., an identifiable code portion, a shipping portion, a recipient portion, etc.) of mail ID data in memory. The mail ID data is then affixed to a mail object. The mail object is then manually delivered to a recipient. At least an authenticating portion of the mail ID data is then provided to a reception device. The reception device, which communicates with the mail ID device over a wide area network, transmits at least the authenticating portion of the mail ID data to the mail verification application operating on the mail ID device. The mail verification application then compares the authenticating portion of the mail ID data with the verifying portion stored in memory. If the authenticating portion of the mail ID data is authenticated, mail verification data is sent to the reception device. In one embodiment of the present invention, at least a portion of the mail verification data includes authenticating data, securing data, sender data, recipient data, mail-content data, downloadable-product data, sender-web-page data, and/or third-party-web-page data.

**58 Claims, 3 Drawing Sheets**



**US 8,073,787 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2002/0083022 A1 | 6/2002 | Algazi |
| 2003/0004830 A1 | 1/2003 | Frederick |
| 2003/0101143 A1 | 5/2003 | Montgomery et al. |
| 2003/0101148 A1 | 5/2003 | Montgomery et al. |
| 2003/0102374 A1 | 6/2003 | Wojdyla et al. |
| 2003/0118191 A1 | 6/2003 | Wang et al. |
| 2003/0141358 A1 | 7/2003 | Hudson et al. |

| | | |
|---|---|---|
| 2003/0177095 A1 | 9/2003 | Zorab et al. |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 2001275159 | 10/2001 |
| JP | 2002284239 | 10/2002 |
| WO | WO 96/03286 | 2/1996 |
| WO | WO 96/13015 | 5/1996 |
| WO | WO 01/35348 | 5/2001 |



FIG. 1

FIG. 2



FIG. 3



AFFIX MAIL ID DATA TO MAIL OBJECT — 402

STORE AT LEAST A VERIFYING PORTION OF THE MAIL ID DATA — 404

MANUALLY DELIVER THE MAIL OBJECT TO A RECIPIENT — 406

RECIEVE AT LEAST AN AUTHENTICATING PORTION OF THE MAIL ID DATA — 408

PROVIDE AT LEAST THE AUTHENTICATING PORTION OF THE MAIL ID DATA TO A MAIL ID DEVICE — 410

PROVIDE MAIL VERIFICATION DATA TO A RECEPTION DEVICE IF THE AUTHENTICATING PORTION CORRESPONDS TO THE VERIFYING PORTION — 412

**FIG. 4**

US 8,073,787 B2

1

# SYSTEM AND METHOD FOR MAIL VERIFICATION

## CROSS-REFERENCE TO RELATED APPLICATION

This application is a continuation of U.S. patent application Ser. No. 10/271,471, filed Oct. 15, 2002, now U.S. Pat. No. 7,818,268 which claims the benefit pursuant to 35 U.S.C. §119(e) of U.S. Provisional Patent Application No. 60/330, 031 filed Oct. 16, 2001, which applications are specifically incorporated herein, in their entirety, by reference.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to mail verification, and more particularly to a system and method of authenticating at least one mail object by providing at least a portion of mail identification data over a wide area network, such as the Internet, in order to receive mail verification data.

### 2. Description of Related Art

Currently there are two ways to provided mail objects (e.g., letters, documents, packages, etc.) to an end user; that being electronically (e.g., email, etc.) and through traditional mail services (e.g., U.S. Postal Service, Federal Express, UPS, Courier, etc.). However, because certain mail objects cannot be delivered electronically (either because its impossible or impractical), they are delivered using traditional mail services.

There are several problems with delivering mail objects through traditional mail services. First, the mail object is typically secured inside packaging (e.g., envelops, boxes, etc.) before it is provided to the mail service. Thus, neither the mail service nor the recipient is aware of the contents of the package until such package is opened by the recipient. This creates a problem in that hazardous mail objects (i.e., Anthrax, explosives, etc.) are not detected until they are opened by the recipient, thus exposing the recipient to the hazardous material. It also creates a problem in that mail objects (in general) are not known until they are opened by the recipient, thus making it difficult for the recipient (or his designee) to properly screen, sort or avoid certain mail objects (e.g., offensive mail, annoying mail, etc).

Second, a manually delivered mail object is limited to a one-way production of a finite set of information and/or products. This becomes problematic when the sender of the mail object is interested in providing or receiving additional information (e.g., product instructions, warranty information, etc.). Finally, contents that can be delivered electronically (e.g., advertisements, software, etc.) are often included in mail objects that are delivered via traditional mail services. The drawback with this is that it increases the cost associated with producing and/or delivering the mail object and increase the size of the mail object. For at least these reasons, a need exists in the industry for a system and method of providing mail verification data in response to receiving mail ID data over a wide area network, such as the Internet.

## SUMMARY OF THE INVENTION

The present invention provides a system and method for providing mail verification data over a wide area network, such as the Internet, in response to receiving and authenticating at least a portion of mail identification (ID) data. Preferred embodiments of the present invention operate in accordance

2

with at least one reception device, a mail identification (ID) device, a memory, and a mail verification application adapted to communicate with the reception device over a wide area network, such as the Internet. Specifically, the mail verification application is adapted to store at least a verifying portion of mail ID data in memory. In one embodiment of the present invention, the verifying portion of the mail ID data includes an identifiable code portion (e.g., an alpha code, a numeric code, an alphanumeric code, a symbolic code, a digital code, etc.), a shipping portion (e.g., ship date, shipping location, shipping method, etc.) and/or a recipient portion (e.g., the recipients name, address, email address, IP address, account number, social security number, etc.). The mail ID data is then affixed to a mail object. The mail object, which may further include a mail-to-address, a return-mail-address, and/or postage, is then manually delivered to a recipient. In one embodiment of the present invention, the mail ID data further includes mail-to-address data, return-mail-address data, and/ or postage data.

At least an authenticating portion of the mail ID data is then provided to the reception device. The reception device, which communicates with the mail ID device over a wide area network, transmits at least the authenticating portion of the mail ID data to the mail verification application operating on the mail ID device. The mail verification application then compares the authenticating portion of the mail ID data with the verifying portion stored in memory. If the authenticating portion corresponds to the verifying portion (e.g., matches, is reasonably related, etc.), then mail verification data is sent to the reception device. In one embodiment of the present invention, at least a portion of the mail verification data includes authenticating data (indicating that the mail ID data has been authenticated), securing data (indicating who secured the mail object), sender data (indicating who sent the mail object), recipient data (indicating the intended recipient of the mail object) and/or additional data (e.g., the contents of the mail object, downloadable product data, sender web-page information, third party advertisements, etc).

In one embodiment of the present invention, the mail ID device further includes an input device adapted to provide at least a verifying portion of the mail ID data to the mail verification application and/or an output device adapted to affix the mail ID data on the mail object. In another embodiment of the present invention, the reception device includes an input device for receiving at least an authenticating portion of the mail ID data from the mail object and/or a mail authenticating application adapted to receive at least the authenticating portion of the mail ID data from the input device and provide at least the authenticating portion of the mail ID data to the mail ID device. In another embodiment of the present invention, the U.S. Postal Service (or an interim authenticating or screening entity) is the recipient of the mail object, thus interacting with the reception device to receive mail verification data.

A more complete understanding of the system and method for providing mail verification data in response to receiving at least a portion of mail ID data will be afforded to those skilled in the art, as well as a realization of additional advantages and objects thereof, by a consideration of the following detailed description of the preferred embodiment. Reference will be made to the appended sheets of drawings which will first be described briefly.

US 8,073,787 B2

3

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 illustrates one embodiment of the mail verification system.

FIG. 2 illustrates a mail ID device communicating with a plurality of reception devices over a wide area network, such as the Internet.

FIG. 3 illustrates one embodiment of the mail ID device and the reception device depicted in FIG. 1.

FIG. 4 is a flow chart illustrating one method of providing mail verification data in response to receiving at least a portion of mail ID data.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

The present invention provides a system and method for providing mail verification data over a wide area network, such as the Internet, in response to receiving and authenticating at least a portion of mail identification (ID) data. In the detailed description that follows, like element numerals are used to describe like elements illustrated in one or more figures.

Preferred embodiments of the present invention operate in accordance with at least one reception device, a mail identification (ID) device, a memory, and a mail verification application adapted to communicate with the reception device over a wide area network, such as the Internet. FIG. 1 illustrates one embodiment of the mail verification system 10, which includes a mail ID device 110 and a reception device 120 communicating through a wide area network 102, such as the Internet. It should be appreciate, as depicted in FIG. 2, that the reception device(s) 120 includes, but is not limited to, personal computers, set top boxes, personal digital assistances (PDAs), mobile phones, land-line phones, televisions, bar code readers, and all other physically and wirelessly connected reception devices generally known to those skilled in the art. It should further be appreciated that the number of reception devices 120 depicted in FIGS. 1 and 2 are merely to illustrate how the present invention operates, and are not intended to further limit the present invention.

As shown in FIG. 3, the mail ID device 110 further includes a mail verification application 112 and a memory 114. The mail verification application 112 is adapted to store at least a portion (i.e., a verifying portion) of mail ID data in the memory 114, receive at least a portion (i.e., an authenticating portion) of mail ID data from the reception device 120, and provide mail verification data if the portion of the mail ID data received from the reception device 120 is authenticated. It should be appreciated that the mail verification application 112 may further be adapted to generate the mail ID data and provide it to an external device (e.g., a printer, etc.) or receive at least a verifying portion of the mail ID data from an external device (e.g., a scanner, etc.). It should also be appreciated that the mail verification application 112 may exist as a single application, or as multiple applications (locally and/or remotely stored) that operate together to perform the verification functions as described herein. It should further be appreciated that the location of the memory device 114 depicted in FIG. 3 is not intended to further limit the present invention. Thus, a memory device that is, for example, external to the mail ID device 110 is within the spirit and scope of the present invention.

Referring back to FIG. 1, where the dashed arrows indicate data transactions and the solid arrow indicates physical movement, mail ID data 132 is affixed to a mail object 130 (as used in its broader sense to encompass the packaging that surrounds the content). It should be appreciated that mail ID data can be encoded/encrypted (e.g., using bar code data, digital data, etc.) to prevent fraudulent usage. It should further be appreciated that affixing the mail ID data 132 on the mail object 130 includes, but is not limited to, printing or attaching mail ID data directly on the outer surface of the mail object 130 or printing/storing the mail ID data 132 on labels, ICs, smart cards, RFID tags, or any other data storage devices (or materials) generally known to those skilled in the art, and attaching them to the outer surface of the mail object 130. It should also be appreciated that the location of the mail ID data 132 on the mail object 130 in FIG. 1 is merely to exemplify how the invention operates, and is not intended to further limit the present invention. Thus, affixing the mail ID data 132 in some other location, such as over the sealing flap of an envelope, is within the spirit and scope of this invention.

At least a portion (i.e., a verifying portion) of the mail ID data 132 (either before or after the mail ID data is affixed) is stored in the mail ID device 110, or more particular (as shown in FIG. 3) in a memory 114 located within the mail ID device 110. Specifically, the mail verification application 112 either receives or generates at least the verifying portion of the mail ID data 132. The verifying portion is then stored in the memory 114. In one embodiment of the present invention, the verifying portion of the mail ID data includes a identifiable code portion (e.g., an alpha code, a numeric code, and alphanumeric code, a symbolic code, a digital code, etc.), a shipping portion (e.g., ship date, shipping location, shipping method, etc.), and/or a recipient portion (e.g., the recipients name, address, email address, IP address, account number, social security number, etc.). The mail object 130, which may further include a mail-to-address 134, a return-mail-address 136, and/or postage 138, can then be manually delivered to a recipient. It should be appreciated that the mail ID data 132 can also be encoded (e.g., in a bar code, etc.) to include mail-to-address data, return-mail-address data, and/or postage data. In other words, for example, mail ID data could be encoded to include both coded data and postage-account data.

Once the recipient (or their designee) receives the mail object 130, at least an authenticating portion of the mail ID data 132 is provided to the reception device 120. The reception device 120, which communicates with the mail ID device 110 over a wide area network 102, transmits at least the authenticating portion of the mail identification data to the mail verification application 112 operating on the mail ID device 110. The mail verification application 112 then compares the authenticating portion of the mail ID data with the verifying portion stored in memory 114. If the received portion is authenticated, or corresponds to the verifying portion (e.g., matches, is reasonably related, etc.), then mail verification data is sent to the reception device 120.

In one embodiment of the present invention, at least a portion of the mail verification data includes authenticating data (e.g., image data, audio data, etc.) indicating that the mail ID data has been authenticated. This would allow, for example, the reception device 120 to produce at least one authenticating image on a display and/or perform at least one authenticating sound on a speaker. In another embodiment of the present invention at least a portion of the mail verification data includes securing data (indicating who secured the mail object), sender data (indicating who sent the mail object), recipient data (indicating who is to receive the mail object) and/or additional data (e.g., the contents of the mail object, downloadable product data, sender web-page data, third party advertisements, etc).

In another embodiment of the present invention, the mail ID device and/or the reception device further include an input

US 8,073,787 B2

5

device (e.g., **118**, **124**) adapted to receive at least a portion of the mail ID data. It should be appreciated that that the input devices depicted and discussed herein (e.g., **118**, **124**) include, but are not limited to, scanners (e.g., bar code scanners, etc.), keyboards, RFID readers, smart card readers, IC readers, and all other input devices generally known to those skilled in the art.

In another embodiment of the present invention, the mail ID device further includes an output device **116** adapted to affix (e.g., print, store, etc.) the mail ID data on the mail object. It should be appreciated that affixing the mail ID data on the mail object includes, but is not limited to, printing or attaching mail ID data directly on the outer surface of the mail object or printing/storing the mail ID data on labels, ICs, smart cards, RFID tags, or any other data storage devices (or materials) generally known to those skilled in the art, and attaching them to the outer surface of the mail object. It should further be appreciated that the output device depicted and described herein (e.g., **116**) includes, but is not limited to, printers, data storage devices (e.g., device capable of storing data on ICs, smart cards, RFID tags, etc.), and all other output devices generally known to those skilled in the art.

In another embodiment of the present invention, as shown in FIG. 3, the reception device **120** further includes a mail authenticating application **122** adapted to receive at least the authenticating portion of the mail ID data from the input device **124** and provide at least the authenticating portion of the mail ID data to the mail ID device. It should be appreciated that the mail authenticating application **122** may exist as a single application, or as multiple applications (locally and/or remotely stored) that operate together to perform the authenticating functions as described herein.

In one embodiment of the present invention, the mail ID data further includes software-booting data adapted to boot the mail authenticating application, an email application and/or a browser application. Either one of these applications could then be used to provide at least an authenticating portion of said mail ID data to said mail ID device, provide additional information to said mail ID device (or the sender of the mail object), and/or receive additional information from either the mail ID device, the sender of the mail object, or a third-party. In another embodiment, the mail verification data further includes software-booting data adapted to boot an email application and/or a browser application. Either one of these applications could then be used to provide additional information to the mail ID device and/or receive additional information from either the mail ID device, the sender of the mail object, or a third party.

In another embodiment of the invention, the reception device **120**, or more particularly the mail authenticating application **122** is adapted to provide a reply email to the mail ID device **130** or the sender of the mail object. This reply email may either be sent automatically, to acknowledge the reception of the mail ID data and/or mail verification data, or manually, to allow the recipient to communicate with the mail ID device and/or sender of the mail object. In another embodiment of the invention the mail verification application **112** is adapted to provide the mail verification data to the reception device **120** via an email.

In another embodiment of the present invention, the U.S. Postal Service (or an interim authenticating or screening entity) is the recipient (as defined by this application) of the mail object **130**, thus interacting with the reception device **120** to receive mail verification data. If mail is authenticated (or approved in the case of screening), the mail object **130** is forwarded on to the actual intended recipient.

6

FIG. 4 is a flow chart illustrating one method of providing mail verification data in response to receiving at least a portion of the mail ID data. Specifically, in step **402** mail ID data is affixed to a mail object. At step **404**, a verifying portion of the mail ID data is stored in a memory device. The mail object is then delivered to its recipient (or designee) at step **406**. At step **408**, a reception device receives at least an authenticating portion of the mail ID data. The reception device then provides at least the authenticating portion to a mail ID device at step **410**. If the authenticating portion of the mail ID data corresponds to the verifying portion of the mail ID data, then mail verification data is provided to the reception device at step **412**. It should be appreciated that storing the verifying portion of the mail ID data before the mail ID data is affixed to the mail object is within the spirit and scope of the present invention.

Having thus described multiple embodiments of a system and method of providing mail verification data in response to receiving mail ID data, it should be apparent to those skilled in the art that certain advantages of the system have been achieved. It should also be appreciated that various modifications, adaptations, and alternative embodiments thereof may be made within the scope and spirit of the present invention. The invention is further defined by the following claims.

What is claimed is:

1. A system for authenticating a mail object, said mail object being provided to a mail carrier and including mail identification data affixed on said mail object in a single barcode, comprising:

a first computer configured to communicate at least a first portion of said mail identification data over a network, said mail identification data including a shipping portion, a recipient portion, a sender portion, and an identifier portion, wherein said shipping portion includes shipping method data, said recipient portion includes an address of a recipient of said mail object, and said identifier portion includes a unique identifier that consists of a numeric value assigned by a sender of said mail object;

a database; and

a second computer comprising a verification application, said second computer being configured to receive at least said first portion of said mail identification data from said first computer via said network, said first portion of said mail identification data consisting of said shipping portion, said sender portion and said identifier portion;

wherein said verification application is in communication with said database and configured to authenticate said first portion of said mail identification data by determining whether said first portion of said mail identification data is stored in said database and providing verifying data to said first computer via said network, said verifying data indicating whether said first portion of said mail identification data is stored in said database, wherein at least a portion of said first portion can be used by said mail carrier to identify said sender of said mail object.

2. The system of claim 1, wherein said first computer is further configured to generate said unique identifier.

3. The system of claim 1, wherein said first computer further comprises an output device for affixing said barcode onto said mail object.

4. The system of claim 3, wherein said first computer is further configured to encode said mail identification data into said barcode prior to said barcode being affixed to said mail object.

US 8,073,787 B2

<table>
<tr><td>7</td><td>8</td></tr>
</table>

**5**. The system of claim **4**, wherein said first computer is further configured to encrypt said mail identification data before it is encoded into said barcode.

**6**. The system of claim **1**, wherein said sender portion includes data that is assigned by said mail carrier and can be used by said mail carrier to identify said sender of said mail object.

**7**. The system of claim **6**, wherein said verifying data further includes postage data pertaining to said mail object.

**8**. The system of claim **7**, wherein said verification application is further configured to determine whether said first portion of said mail identification data is stored in said database and to provide said verifying data to said first computer before said mail object is accepted by said mail carrier.

**9**. The system of claim **6**, wherein said first computer is further configured to communicate said first portion of said mail identification data to said second computer before said mail object is provided to said mail carrier.

**10**. The system of claim **1**, wherein said verifying data further includes postage data pertaining to said mail object.

**11**. The system of claim **10**, wherein said verification application is further configured to generate an email concerning said verifying data and provide said email to said first computer.

**12**. The system of claim **1**, wherein said verification application is further configured to determine whether said first portion of said mail identification data is stored in said database and to provide said verifying data to said first computer before said mail object is accepted by said mail carrier.

**13**. The system of claim **1**, wherein said first computer is further configured to communicate second mail identification data to said second computer, said second mail identification data being affixed in a single barcode to a second mail object provided to said mail carrier, wherein said second mail identification data includes sender data and a second unique identifier assigned by said sender, and said verification application is further configured to determine whether said second mail identification data is stored in said database, wherein said verifying data further indicates whether said second mail identification data is stored in said database.

**14**. The system of claim **13**, wherein said verifying data further includes content data pertaining to said second mail object.

**15**. The system of claim **13**, wherein said verifying data further includes postage data pertaining to said second mail object.

**16**. The system of claim **14**, wherein said second mail identification data further includes destination data and shipping method data.

**17**. A method for authenticating a mail object, said mail object including mail identification data affixed on said mail object as a single barcode, comprising:

communicating by at least one computer at least a first portion of said mail identification data over a network, said mail identification data includes a shipping portion, a recipient portion, a sender portion, and an identifier portion, wherein said shipping portion includes shipping method data, said recipient portion includes destination data of said mail object, and said identifier portion consists of a numeric value assigned by a sender of said mail object; and

receiving by a second computer at least said first portion of said mail identification data, said first portion of said mail identification data consisting of said shipping portion, said sender portion and said identifier portion;

determining by said second computer whether said first portion of said mail identification data is stored in a database in communication with said second computer; and

generating at least one electronic file in response to said step of determining whether said first portion is stored on said database, said at least one electronic file comprising verification data and postage data, said verification data providing whether said first portion of said mail identification data is stored in said database;

wherein said at least one electronic file is accessible to said at least one computer and at least a portion of said first portion of said mail identification data can be used by a mail carrier to identify said sender.

**18**. The method of claim **17**, further comprising:

encoding said mail identification data in said single barcode;

affixing by an output device said single barcode on said mail object; and

providing said mail object to said mail carrier.

**19**. The method of claim **18**, further comprising using an algorithm to digitally code said mail identification data prior to encoding said mail identification data in said single barcode.

**20**. The method of claim **18**, wherein said sender portion includes sender data that is assigned by said mail carrier, wherein said sender data can be used by said mail carrier to identify said sender of said mail object.

**21**. The method of claim **20**, wherein said steps of determining whether said first portion of said mail identification data is stored in said database and generating said at least one electronic file are performed before said mail object is accepted by said mail carrier.

**22**. The method of claim **20**, further comprising:

communicating by said at least one computer second mail identification data to said second computer, said second mail identification data being affixed as a single barcode on a second object provided to said mail carrier and including at least said sender data and an identifier assigned by said sender;

determining by said second computer whether said second mail identification data is stored in said database, wherein said verification data further provides whether said second mail identification data is stored in said database.

**23**. The method of claim **22**, wherein said verification data further includes content data pertaining to said second object.

**24**. The method of claim **23**, further comprising scanning said single barcode on said second object to acquire said second mail identification data, determining whether said second mail identification data is stored in said database, and providing data to said at least one computer if said second mail identification data is stored in said database, said data indicating that said second object has been received by said mail carrier.

**25**. The method of claim **22**, further comprising scanning said single barcode on said second object to acquire said second mail identification data, determining whether said second mail identification data is stored in said database, and providing content data pertaining to said second object over said network if said second mail identification data is stored in said database.

**26**. The method of claim **18**, further comprising providing said at least one electronic file to said at least one computer via said network, wherein said steps of determining whether said first portion of said mail identification data is stored in

US 8,073,787 B2

9

said database and providing said verifying data to said at least one computer are performed before said mail object is accepted by said mail carrier.

27. The method of claim 18, wherein said step of communicating at least said first portion of said mail identification data over said network is performed before said step of providing said mail object to said mail carrier.

28. The method of claim 17, wherein said postage data pertains to at least said mail object.

29. The method of claim 17, further comprising generating an email concerning said verifying data, and addressing said email to said sender of said mail object.

30. A method for authenticating a mail object that includes mail identification data, said mail identification data being encoded into a single barcode, which is then affixed onto said mail object, comprising:

communicating by at least one sender computer at least a first portion of said mail identification data over a network, said mail identification data including a shipping portion including at least shipping method data, a recipient portion including destination data for said mail object, a sender portion, and an identifier portion including at least a numeric value assigned by a sender of said mail object, and said first portion of said mail identification data consisting of said shipping portion, said sender portion and said identifier portion;

receiving by said at least one sender computer verifying data from a second computer via a network, wherein said verifying data verifies the authenticity of said first portion of said mail identification data by stating whether said first portion corresponds to data that is stored on a database in communication with said second computer;

providing said mail object to a mail carrier, wherein at least a portion of said first portion can be used by said mail carrier to identify said sender of said mail object.

31. The method of claim 30, further comprising using an algorithm to encrypt said mail identification data prior to encoding said mail identification date in a single barcode.

32. The method of claim 30, wherein said sender portion includes data that is assigned by said mail carrier and can be used to identify a sender of said mail object.

33. The method of claim 30, wherein said step of communicating at least said first portion of said mail identification data over said network is performed before said step of providing said mail object to said mail carrier, and said verifying data states whether said first portion of said mail identification data, as communicated by said at least one sender computer, corresponds to data that is stored on said database.

34. The method of claim 30, wherein said step of receiving verifying data is performed before said mail object is routed by said mail carrier through a mail stream to a recipient of said mail object.

35. The method of claim 30, further comprising:

communicating by said at least one sender computer second mail identification data to said second computer, said second mail identification data being affixed as a single barcode on a second object provided to said mail carrier and including said second sender data and an identifier assigned by said sender;

wherein said verifying data further states whether said second mail identification data corresponds to that that is stored in said database.

36. The method of claim 35, wherein said verifying data further includes data on a content of said second object.

37. The method of claim 35, wherein said verifying data further includes postage data pertaining to said second object.

10

38. The method of claim 36, wherein said verifying data further includes postage data pertaining to said second object.

39. The method of claim 36, further comprising:

scanning said single barcode on said second object to retrieve said second mail identification data;

providing data to said at least one sender computer if said second mail identification data is stored in said database, said data indicating that said second object has been received by said mail carrier.

40. The method of claim 35, further comprising:

scanning said single barcode on said second object to retrieve said second mail identification data;

providing to said at least one sender computer data on a content of said second object if said second mail identification data corresponds to data that is stored on said database.

41. A method for providing electronic data concerning a mail object having mail identification data encoded into a single barcode and affixed to said mail object, comprising:

receiving by at least a first computer at least a first portion of said mail identification data from said mail object, said mail identification data including a shipping portion including at least shipping method data, a recipient portion including destination data for said mail object, a sender portion, and an identifier portion comprising a numeric value, and said first portion of said mail identification data consisting of said shipping portion, said sender portion, and said identifier portion;

determining by said at least said first computer whether said first portion of said mail identification data is stored in a database in communication with said at least said first computer;

providing by said at least said first computer said electronic data to at least a second computer via a network, wherein said electronic data is generated when said first portion of said mail identification data matches data that is stored in said database.

42. The method of claim 41, further comprising the step of providing by said at least said second computer at least a portion of said electronic data to a third computer via said network.

43. The method of claim 42, wherein said step of providing by said at least said second computer at least a portion of said electronic data to a third computer further comprises providing said at least a portion of said electronic data to said third computer via an email.

44. The method of claim 42, wherein said step of providing by said at least said second computer at least a portion of said electronic data to a third computer further comprises providing said at least a portion of said electronic data to said third computer via a web page.

45. The method of claim 44, further comprising the step of generating by said at least said second computer said numeric value.

46. The method of claim 44, further comprising the step of providing by said at least said second computer an email concerning said mail object to said third computer via said network.

47. The method of claim 46, wherein said email is provided automatically in response to the reception of the mail object by the United States Postal Service.

48. The method of claim 42, further comprising the step of providing by said at least said second computer additional information concerning said mail object to said third computer via said network, said additional information being at least one of information on a recipient of said mail object,

US 8,073,787 B2

11

information on a sender of said mail object, and postage information on at least said mail object.

**49**. The method of claim **48**, wherein said additional information further indicates whether said mail object has been received by the United States Postal Service.

**50**. A system for providing electronic data concerning a mail object having mail identification data encoded into a single barcode and affixed to said mail object, comprising:

a scanner configured to scan at least a first portion of said mail identification data from said mail object, said mail identification data including a shipping portion including at least shipping method data, a recipient portion including destination data for said mail object, a mailer portion, and an identifier portion comprising a numeric value assigned by a mailer of said mail object, and said first portion of said mail identification data consisting of said shipping portion, said mailer portion, and said identifier portion;

a database for storing data on said mail object;

at least a first computer in communication with said scanner and said database; and

at least one application running on said at least said first computer and configured to (i) receive at least a first portion of said mail identification data from said scanner, (ii) determine whether said first portion of said mail identification data is stored in said database, and (iii) provide said electronic data to at least a second computer via a network, wherein said electronic data is generated when said first portion of said mail identification data matches said data that is stored in said database.

12

**51**. The method of claim **50**, further comprising at least said second computer having at least one other application configured to provide at least a portion of said electronic data to a third computer via said network and via at least one of an email and a web page.

**52**. The system of claim **51**, wherein said at least one other application is further configured to generate said numeric value.

**53**. The system of claim **51**, wherein said at least one other application is further configured to provide an email concerning said mail object to said third computer via said network.

**54**. The system of claim **51**, wherein said at least one other application is further configured to provide additional information concerning said mail object to said third computer via said network, said additional information being at least one of information on a recipient of said mail object, information on a sender of said mail object, and information on postage of at least said mail object.

**55**. The system of claim **53**, wherein said email is provided automatically in response to said mail object being received by a recipient of said mail object.

**56**. The system of claim **53**, wherein said email is provided automatically in response to said mail object being received by the United States Postal Service.

**57**. The system of claim **54**, wherein said additional information further indicates whether said mail object has been received by a recipient of said mail object.

**58**. The system of claim **54**, wherein said additional information indicates whether said mail object has been received by the United States Postal Service.

\* \* \* \* \*

Name & Address:
BRETT J. WILLIAMSON (S.B. 145235)
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA  92660-6429
Telephone:  (949) 760-9600

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURED MAIL SOLUTIONS, LLC,<br><br><br>PLAINTIFF(S)<br><br>v.<br><br>R. R. DONNELLEY & SONS COMPANY,<br>MICRODYNAMICS CORPORATION, AND<br>MICRODYNAMICS, INC.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**SACV12-01119 CJC (RNBx)**<br><br><br>**SUMMONS** |

TO:      DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Brett J. Williamson_____, whose address is _610 Newport Center Drive, Newport Beach, CA  92660-6429_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: _____     JUL - 9 2012     By: ___N. Boe_____

Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Cormac J. Carney  and the assigned discovery Magistrate Judge is Robert N. Block.

The case number on all documents filed with the Court should read as follows:

## SACV12- 1119 CJC (RNBx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==============================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [X] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)      NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

BY FAX

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐) <br> SECURED MAIL SOLUTIONS, LLC | **DEFENDANTS** <br> R. R. DONNELLEY & SONS COMPANY, MICRODYNAMICS CORPORATION, AND MICRODYNAMICS, INC. |
| **(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) <br><br> BRETT J. WILLIAMSON (CA Bar # 145235) (bwilliamson@omm.com) <br> O'MELVENY & MYERS LLP, 610 Newport Center Drive, 17th Floor <br> Newport Beach, CA  92660 Telephone:  (949) 760-9600 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff       ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant       ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding    ☐ 2 Removed from State Court    ☐ 3 Remanded from Appellate Court    ☐ 4 Reinstated or Reopened    ☐ 5 Transferred from another district (specify):    ☐ 6 Multi-District Litigation    ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No          ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause.  Do not cite jurisdictional statutes unless diversity.)
35 U.S.C. § 271

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☑ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **IMMIGRATION** | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | **FEDERAL TAX SUITS** |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:**     Case Number: _____ **SACV12-01119 CJC (RNBx)**

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑No ☐ Yes
If yes, list case number(s) _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No ☑Yes
If yes, list case number(s): SA-CV-12-01090 DOC (MLGx)

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☑A  Arise from the same or closely related transactions, happenings, or events; or
                     ☑B  Call for determination of the same or substantially related or similar questions of law and fact; or
                     ☑C  For other reasons would entail substantial duplication of labor if heard by different judges; or
                     ☑D  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | SECURED MAIL SOLUTIONS, LLC<br>Clark County, Nevada |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | R. R. Donnelley & Sons Company, Cook County, Illinois<br>Microdynamics Corporation, DuPage County, Illinois<br>Microdynamics, Inc., DuPage County, Illinois |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
    **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County, California |  |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X.  SIGNATURE OF ATTORNEY (OR PRO PER) _____ Date July 9, 2012

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)). |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |