BY FAX

1  BRETT J. WILLIAMSON (S.B. #145235)
   bwilliamson@omm.com
2  O'MELVENY & MYERS LLP
3  610 Newport Center Drive, 17th Floor
   Newport Beach, CA 92660-6429
4  Telephone: (949) 760-9600
   Facsimile: (949) 823-6994
5
   RYAN K. YAGURA (S.B. #197619)
6  ryagura@omm.com
   VISION L. WINTER (S.B. #234172)
7  vwinter@omm.com
8  O'MELVENY & MYERS LLP
   400 South Hope Street
9  Los Angeles, CA 90071-2899
   Telephone: (213) 430-6000
10 Facsimile: (213) 430-6407

11 Attorneys for Plaintiff Secured Mail
12 Solutions, LLC

13
                    UNITED STATES DISTRICT COURT
14
                   CENTRAL DISTRICT OF CALIFORNIA
15
                          SOUTHERN DIVISION
16

17 | SECURED MAIL SOLUTIONS, LLC, | Case No. **SACV12-01119 CJC (RNBx)**
18 |              Plaintiff,       | **SECURED MAIL SOLUTIONS, LLC CORPORATE DISCLOSURE STATEMENT**
19 |              v.               | **[FRCP 7.1]**
20 | R. R. DONNELLEY & SONS COMPANY, MICRODYNAMICS CORPORATION, AND
21 | MICRODYNAMICS, INC.
22 |              Defendants.

23
24        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Secured Mail
25 Solutions, LLC, hereby states as follows:
26        Secured Mail Solutions, LLC does not have any parent corporation and no publicly held
27 corporation owns 10% or more of its stock.
28

SECURED MAIL SOLUTIONS, LLC
CORPORATE DISCLOSURE STATEMENT
[FRCP 7.1]

Dated: July 9, 2012

*[signature]*

BRETT J. WILLIAMSON (S.B. #145235)
bwilliamson@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, CA 92660-6429
Telephone: (949) 760-9600
Facsimile: (949) 823-6994

RYAN K. YAGURA (S.B. #197619)
ryagura@omm.com
VISION L. WINTER (S.B. #234172)
vwinter@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

*Attorneys for SECURED MAIL SOLUTIONS, LLC*

OMM_US:70768315.1